UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FALKEN INDUSTRIES, LTD.
and
ROY JANIS
    Plaintiffs

v.                           Civil Action No. 04-12479 MEL

CHRISTIAN JOHANSEN
and
PATRICK SAUTIN
    Defendants

## ASSENTED MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' NOTICE OF REMOVAL

Now comes the parties, and respectfully requests this honorable Court to ALLOW the within assented motion to extend time to file an opposition to Defendants' Notice of Removal pursuant to Rule 6(b) the Federal Rules of Civil Procedure. The parties have agreed that the Plaintiffs' will be allowed an extension to file an opposition motion to the Notice of Removal (Motion to Remand) along with an opposition motion to Defendants' Motion to Dismiss on or before December 15, 2004 in accordance with local rule 7.1(b)(2). In support thereof, the parties state as follows:

The underlying matter is a complex dispute involving numerous complex claims that are heavily factually driven and multiple parties located in France, Norway, New Jersey and Massachusetts. Additionally, many documents have to be translated into several different languages given the nature of the parties which causes a further delay. The Plaintiffs filed their action in a state court (Falken Industries, Ltd. and Roy Janis v. Christian Johansen and Patrick Sautin, Essex Superior Court, Civil Action Docket No. 04-1877) seeking damages based on the alleged actions of the Defendants. Counsel for Defendants filed a Notice of Removal (hereinafter "Notice") with this honorable court on November 23, 2004 raising diversity jurisdiction as the basis for the removal. The cover letter of the Notice was dated November 23rd and stated that a courtesy copy was sent to Carlo Cellai, Esq. However, given the holiday vacation, counsel's office was

operating with a skeletal staff and was not able to effectively review the Notice of Removal until the following Monday, November 29th at which time Plaintiffs' counsel had both the faxed copy and the mailed copy of the Notice. Counsel for the Defendants subsequently filed a Motion to Dismiss on December 1, 2004 which was received the following day by Plaintiffs' counsel.

The Plaintiff would have had to file its opposition to the Notice of Removal within fourteen days after service in accordance with local rule 7.1(b)(2) which would have meant that the opposition to the Notice of Removal would have been due on December 7, 2004 and the opposition to the Motion to Dismiss would have been due on December 15, 2004. Given the fact that the motions were received in the span of only a few days, Plaintiffs' counsel requested additional time to file its opposition to the removal. After discussing this matter with opposing counsel, the parties have agreed that, in the interest of judicial economy and in the interest of the litigants, that both opposition motions would be due on or before December 15, 2004 and that all motions and opposition be heard at the same time. Counsel for the Defendants assent to the extension of time but not necessarily all of the underlying facts.

Respectfully Submitted

The Plaintiffs
FALKEN INDUSTRIES, LTD.
and
ROY JANIS

By their attorney

_____
Carlo Cellai, Esq. (BBO #558651)
CELLAI & DENAUW, LLP
76 Canal Street, Suite 402
Boston, MA 02114
(617) 367-2199

The Defendants
CHRISTIAN JOHANSEN
and
PATRICK SAUTIN

By their attorneys

_____
Thomas E. Peisch, Esq. (BBO #393260)
Kurt B. Fleigauf, Esq. (BBO #564329)
Amy C. Stewart, Esq. (BBO #655896)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

CERTIFICATE OF SERVICE

I, James E. Furbush, Esq. hereby certify that I have served a true copy of the within documents by mailing a true copy of same and by facsimile to:

Kurt B. Fleigauf, Esq
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109

_____                    12/3/04
James E. Furbush, Esq.                      Date