UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FALKEN INDUSTRIES, LTD.** and **ROY JANIS,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**CHRISTIAN JOHANSEN** and **PATRICK SAUTIN,**<br><br>*Defendants*. | **Civil Action No. 04-12479 MEL** |

### ASSENTED TO MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE OPPOSITION TO MOTION TO REMAND AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants Patrick Sautin and Christian Johansen ("Defendants"), by their undersigned counsel, respectfully move the Court, pursuant to Fed. R. Civ. Proc. 6(b) and Local Rule 7.1(b)(2) and 7.1(b)(3) for enlargement of the time for Defendants to file their Opposition to Plaintiffs' Motion to Remand and Reply in Support of Defendants' Motion to Dismiss (if allowed). In support of this Motion for Extension, Defendants state as follows:

1. Plaintiffs filed their Complaint in state court on October 12, 2004.

2. Defendants removed the case to this Court on November 23, 2004.

3. Defendants filed their Motion to Dismiss or to Stay and Compel Arbitration on November 30, 2004.

4. Plaintiffs filed their Motion to Remand on December 14, 2004, and, upon information and belief, their Opposition to Defendants' Motion to Dismiss or to Stay and Compel Arbitration on December 15, 2004.[1]

5. Defendants' Opposition is due December 28, 2004, and its Reply, if allowed, is due five days from entry of the Court's Order granting leave to reply.

6. Plaintiffs' briefs are lengthy, raise numerous complex issues, and are accompanied by numerous lengthy exhibits and affidavits, including at least some documents that require translation from French into English.

7. The intervening holiday also presents a problem as Defendants' counsel will be out of town for several days. Defendants understand that Plaintiffs' counsel, too, will be on vacation for a period of time.

8. Defendants' counsel has conferred with Plaintiffs' counsel, and Plaintiffs assent to, and have no objection to, an extension of time for Defendants to file their Opposition to Plaintiffs' Motion to Remand and Reply in Support of Defendants' Motion to Dismiss (if allowed).

9. This motion for enlargement is not made for purposes of delay, but for good cause shown.

WHEREFORE, Defendants respectfully request an Order enlarging the time for Defendants to file their Opposition to Plaintiffs' Motion to Remand and Reply in Support of Defendants' Motion to Dismiss (if allowed). Defendants request that they be allowed to file the aforementioned briefs on January 5, 2005.

---

[1] While Defendants were served with Plaintiffs' Opposition to Defendants' Motion to Dismiss or to Stay and Compel Arbitration on December 15, 2004, that document does not appear on the Court's PACER/ECF docket as having been filed.

| | |
|---|---|
| Dated: December 20, 2004 | Respectfully submitted,<br>DEFENDANTS CHRISTIAN JOHANSEN<br>AND PATRICK SAUTIN<br><br>By their attorneys,<br><br>/s/ Kurt B. Fliegauf<br>Thomas E. Peisch, Esq. (BBO #393260)<br>Kurt B. Fliegauf, Esq. (BBO #564329)<br>Amy C. Stewart, Esq. (BBO #655896)<br>CONN KAVANAUGH ROSENTHAL<br>   PEISCH & FORD, LLP |
| OF COUNSEL:<br>John M. Majoras, Esq.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br><br>Dustin B. Rawlin, Esq.<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212 | Ten Post Office Square<br>Boston, Massachusetts 02109<br>Telephone: (617) 482-8200<br>Facsimile: (617) 482-6444 |
| Dated: December 20, 2004 | Assented to by,<br><br>/s/ Carlo Cellai (by e-mail consent 12/18/04)<br>Carlo Cellai, Esq.<br>James Furbush, Esq.<br>Cellai & DeNauw, LLP<br>76 Canal Street, Suite 402<br>Boston, MA 02114<br>Telephone: (617) 367-2199<br>Facsimile: (617) 367-2075<br>Attorneys for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record on this the 20th day of December, 2004, via U.S. Mail, postage pre-paid:

>Carlo Cellai, Esq.
>James Furbush, Esq.
>Cellai & DeNauw, LLP
>76 Canal Street, Suite 402
>Boston, MA 02114
>Attorneys for Plaintiffs

>/s/ Kurt B. Fliegauf
>Attorneys for Defendants
>Christian Johansen & Patrick Sautin

216408.1