UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FALKEN INDUSTRIES, LTD. and
ROY JANIS,

     *Plaintiffs*,

    v.

CHRISTIAN JOHANSEN and
PATRICK SAUTIN,

     *Defendants*.

Civil Action No. 04-12479 MEL

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND

Plaintiffs disingenuously try to destroy what is, in actuality, complete diversity by asserting Patrick Sautin is a "stateless" American citizen. Sautin is French; this Court has diversity jurisdiction. Plaintiffs' Motion to Remand should be denied.

## ARGUMENT

**A.    Sautin Is French.**

Plaintiffs' motion to remand is clearly a last-ditch attempt to destroy diversity and escape this Court's jurisdiction.[1] Plaintiffs concede Johansen is Norwegian and diverse. Sautin is French and also diverse. Plaintiffs, however, concoct the argument that Sautin is a man without a country, a "stateless" American citizen living abroad. Plaintiffs cobble together several cases that are factually different from this one to support their argument; none are on point. The true standard for determining an individual's citizenship is one of common sense: where is Sautin a

---

[1] This appears to be the latest in a series of attempts by Plaintiffs to manipulate these American court proceedings to harass Sautin and Johansen. Defendants have substantial evidence that this lawsuit was commenced in the United States solely to harass Defendants and to intimidate them into abandoning their French litigation against Falken, Emile Gouiran and Helle Madsø. (See Declaration of Unni Fredheim, attached as Exhibit 3.)

citizen?  The answer is obvious:  Sautin is French.  Thus, alienage jurisdiction under 28 U.S.C. § 1332(a)(2) applies and there is complete diversity among the parties.

Sautin was born on May 13, 1974 in Martigues, France to a French father and an American mother.  (See Sautin's Birth Certificate, attached as Exhibit A;[2] Sautin's Family Booklet, attached as Exhibit B.)  Thus, Sautin is a French citizen by virtue of his birth in France to a French father.  In addition, pursuant to 8 U.S.C. § 1401(g), Sautin became an American citizen at birth by operation of law.  He spent eight years in Texas when he was growing up. (See Supplemental Declaration of Patrick Sautin ("Supp. Sautin Dec. – Remand") at ¶ 3, attached as Exhibit 1.)  Sautin attended high school in France.  (See French High School Final Exam/ Baccalaureate, attached as Exhibit D.)  He graduated from Brown University in Rhode Island in 1996 with bachelors degrees in International Relations and Economics.  (See Sautin Supp. Dec. – Remand at ¶ 5.)  In June of 1996, Sautin returned to France and has resided there his entire adult life.  (See Sautin Supp. Dec. – Remand at ¶ 6.)  Sautin attended the Graduate School of Business at ESSEC from 1997 to 1999.  (See French Student Card, attached as Exhibit M.)  Sautin lives in Paris and has lived in France during all relevant time periods; he has never lived in Massachusetts.[3]  (See Supp. Sautin Dec. – Remand at ¶ 6; Declaration of Mary Giorgio ("Giorgio Dec.") at ¶¶ 1-3, attached as Exhibit 2.)  Sautin has a French identification card,

---

[2] All documents relating to Sautin's citizenship are attached as Exhibits A-M to his Supplemental Declaration, attached hereto as Exhibit 1.

[3] Plaintiffs argue that if this Court determines Sautin has a domicile in the United States, Massachusetts should be considered his state of residence.  Sautin has never resided in Massachusetts.  (See Supp. Sautin Dec. – Remand at ¶ 2; Giorgio Dec. at ¶¶ 1-4.)  Plaintiffs' assertion that Sautin's residence should be determined by an address on a document Sautin signed is completely without legal support.  That is not the test for determining domicile for diversity jurisdiction purposes.  Moreover, Sautin has resided in France his entire adult life, since 1996.  If the Court found Sautin had any residence in the United States in the past, it would have to be either Texas, where he lived for eight years in his childhood, or Rhode Island, where he attended college.  A finding of domicile in either state would satisfy complete diversity.

French passport and French driver's license.[4]  (See French Identification Card, attached as Exhibit F; French Passport, attached as Exhibit G; Driver's License, attached as Exhibit H.)  He is married to a French citizen.  (See French Marriage License, attached as Exhibit I.)  He rents an apartment in Paris, France.  (See Phone Bills, attached as Exhibit J.)  He pays taxes in France.  (See Tax Returns, 1997-2002, attached as Exhibit K.)  He votes in France.  (See Voter Cards, attached as Exhibit L.)  He is employed in France.  (See Sautin Supp. Dec. – Remand at ¶ 8.)  In every way, Sautin is French.

An instructive case from this Circuit is Mena v. Amador, No. 92-2677, 1994 U.S. Dist. LEXIS 13168 (D.P.R. Aug. 24, 1994).  The court there recognized that various courts have developed the test of dominant nationality to establish diversity.  An important facet of that test is whether the country in which citizenship is claimed would recognize the claimant.  Mena, a dual American-Dominican citizen, demonstrated that his dominant nationality was Dominican.  He resided, voted, worked, held a driver's license and paid taxes in the Dominican Republic.  He held a Dominican passport and used an American passport for travel to American territories.  The court held that Mena was dominantly Dominican and thus had established alienage jurisdiction under 28 U.S.C. § 1332(a)(2).  Mena, 1995 U.S. Dist. LEXIS 13168 at *5-*6, attached as Exhibit 4.  The same result is warranted here.  France recognizes Sautin as a French citizen.[5]  (See French Passport, French Identification Card.)

---

[4] Sautin also holds a United States passport for convenience when traveling to the United States.

[5] Sautin has applied for an official Certificate of Nationality from the French Tribunal D'Instance in response, and as part of his Reply, to Plaintiffs' motion to remand calling his citizenship into question.  (Supp. Sautin Dec. – Remand at ¶ 9.)  Unfortunately, such a request takes time to be processed.  Sautin has been advised that it may take a month or more to obtain the Certificate of Nationality.  Sautin requests leave to file the Certificate of Nationality as a supplement to this opposition when it is received.  If the Certificate of Nationality is important to the Court's decision, Sautin respectfully requests an extension of time to obtain the Certificate.

This case is distinguishable from those Plaintiffs seek to rely on. For example, in <u>Sadat v. Mertes</u>, 615 F.2d 1176 (7th Cir. 1980), the dual citizen at issue was an Egyptian citizen who affirmatively sought to become a naturalized American citizen and swore allegiance to the United States and renounced any to foreign states. <u>Mutuelles Unies v. Kroll & Linstrom</u>, 957 F.2d 707 (9th Cir. 1992), involved dual citizens of a law partnership who were primarily American and lived in the United States; the case is not applicable here. In <u>Action S.A. v. Marc Rich & Co., Inc.</u>, 951 F.2d 504 (2d Cir. 1991), an American citizen fled the United States under investigation by a federal grand jury. He traveled to Spain and became a naturalized Spanish citizen. The court held that Rich was still an American citizen who was simply attempting to destroy diversity to overturn a $6.3 million default judgment against him and his corporation in federal court.

Plaintiffs' reliance on <u>Tepaske v. Delgado</u>, No. 03-CV-1535, 2003 U.S. Dist. LEXIS 23638 (D. Mass. Nov. 19, 2003), is misplaced because that case did not even involve a dual citizen. There, the removing party was an American citizen who tried to argue that she was domiciled in New York or Spain, rather than Massachusetts; there was no argument made that she was a dual citizen. The Court found that Delgado had failed to establish she was a citizen of any state other than Massachusetts. Again, the case is inapposite.

In the cases cited by Plaintiffs, there are common threads running through the cases that distinguish them from this case. Typically, in the cases cited by Plaintiffs, the dual citizens were primarily Americans living abroad or dual citizens living in the United States; that is not the case here. <u>Sadat</u>, and several of the cases following its holding, place great weight on the fact that the dual citizen took affirmative steps to become a naturalized American, including taking the oath renouncing foreign allegiances. As demonstrated above, that is not the case here. Sautin became a dual citizen by operation of law at birth. Another important factor in several of the cases is a

- 4 -

finding that the dual citizen is unfairly taking advantage of his dual status. Again, that is not the case here.

None of the cases cited by Plaintiffs are on point. As the Seventh Circuit observed in Sadat, "[b]ecause of the wide variety of situations in which dual nationality can arise . . . perhaps no single rule can be controlling." Sadat, 615, F.2d at 1187 (emphasis added). The Sadat court used rough analogy and policy considerations applied to the unique facts of the case to craft a decision in that case of first impression. It is clear that the Seventh Circuit did not intend its holding in Sadat to be a bright-line test to be applied in all diversity cases involving a dual citizen. Common sense should prevail.

There is no question Sautin is dominantly a French citizen. He is not attempting to use his dual citizenship to gain an unfair advantage. Sautin simply seeks the protections afforded aliens by federal courts to avoid possible bias in a Massachusetts state court proceeding.

**B.    Policy Considerations Favor A Finding That Sautin Is French And There Is Complete Diversity.**

The policy reasons underlying alienage jurisdiction for diversity purposes require this Court to maintain jurisdiction. As the court in Sadat recognized, "the paramount consideration should be whether the purpose of alienage jurisdiction to avoid international discord would be served by recognizing the foreign citizenship of the dual national." Sadat, 615 F.2d at 1186-867. The underlying purpose of alienage jurisdiction historically was – and remains today – that Congress feared aliens would suffer bias and that foreign nations would be offended if their citizens were subjected to suit in American state courts. See, e.g., Sadat, 615 F.2d at 1182-83. Those concerns are very much at issue here. Currently in the United States, there is a pervasive and evident hostility to the French, an "anti-Frenchism."[6] Plaintiffs cannot credibly argue Sautin

---

[6] Numerous sources have identified a new wave of American "anti-Frenchism" following the war in Iraq and France's position on the war, sardonically captured by the movement last year

will be among friends and neighbors in a Massachusetts state court.  He is French.  Contrary to

Plaintiffs' assertions, Sautin has never resided in Massachusetts.  (See Giorgio Dec. at ¶¶ 1-3.)

This is not a case where the dual citizen lives in the United States, perhaps in the same

state as the adverse party, and attempts to claim diversity by raising the sham of a vestige of

foreign citizenship long renounced and forgotten.  Sautin is French.

**C.      The Court Should Dismiss Sautin To Maintain Complete Diversity And Jurisdiction Over Johansen.**

If this Court somehow finds that Sautin is American and not French, the Court should

dismiss Sautin to maintain complete diversity as between Janis, Falken and Johansen.  See Fed.

R. Civ. Proc. 21; Newman-Green, Inc. v. Alfonzo-Larrain, 490 U.S. 826, 832-33 (1989).  District

courts have authority to dismiss dispensable, nondiverse parties to cure defects in diversity

jurisdiction.  See Casas Office Mach., Inc. v. Mita Copystar Am., Inc., 42 F. 3d 668, 675 (1st

Cir. 1994).  The strong arguments that support a finding of alienage jurisdiction for Sautin apply

with equal or greater force to Johansen, an alien citizen of the Kingdom of Norway.  Plaintiffs'

claims against Johansen are distinct and separable; they involve Johansen's representations and

employment while at Falken.

Plaintiffs allege that Sautin is a co-conspirator and joint tortfeasor with Johansen, and

thus an indispensable party.  See Pls.' Mem. in Supp. of Mot. for Remand at 10-11.  Plaintiffs'

argument is contrary to settled law:  "It is well-established that joint tortfeasors and co-

conspirators are generally not indispensable parties."  Casas, 42 F.3d at 677 (citing Goldman,

---

(continued…)

to ban "French fries" and replace them with "freedom fries."  The anti-French hostility goes
much deeper, however.  See, e.g., Fred Barnes, How Many Frenchman Does It Take . . ., The
Weekly Standard, Feb. 13, 2003, at http://www.weeklystandard.com/Utilities/printer_preview.
asp?idArticle=2237&R=A10E2103C; Joe Ray, Our Allies, Fruit of the Whine and the Little
Corporal, Chicago Tribune, June 8, 2003, at C1; Julia Gorin, Let's Not Pardon the French, Fox
News, July 24, 2003, at http://www.foxnews.com/printer_friendly_story/0,3566,92768,00.html.

<u>Antonetti, Ferraiuoli, Axtmayer & Hertell v. Medfit, Int'l</u>, 982 F.2d 686, 691 (1st Cir. 1993)).

<u>See</u> <u>also</u> 7 Charles Wright, et al., <u>Federal Practice & Procedure</u> § 1623 ("Co-conspirators, like

other joint tortfeasors, will not be deemed indispensable parties").  Plaintiffs will not suffer any

prejudice from Sautin's dismissal.  Plaintiffs can pursue their separate claims against Sautin

elsewhere – in state court or, more appropriately, a French court.

## <u>CONCLUSION</u>

Ultimately, the question for this Court is whether it can properly exercise diversity

jurisdiction over Massachusetts Plaintiff Janis, New Jersey Plaintiff Falken, French Defendant

Sautin and Norwegian Defendant Johansen.  The answer is, unequivocally, yes.  Plaintiffs'

desperate attempt to avoid this Court's jurisdiction should be rejected, and Plaintiffs' Motion to

Remand should be denied.

Dated: January 5, 2005

Respectfully submitted,
DEFENDANTS CHRISTIAN JOHANSEN
AND PATRICK SAUTIN

By their attorneys,


 /s/ Kurt B. Fliegauf
Thomas E. Peisch, Esq. (BBO #393260)
Kurt B. Fliegauf, Esq. (BBO #564329)
Amy C. Stewart, Esq. (BBO #655896)
CONN KAVANAUGH ROSENTHAL
   PEISCH & FORD, LLP
Ten Post Office Square
Boston, Massachusetts 02109
Telephone:  (617) 482-8200
Facsimile:  (617) 482-6444

OF COUNSEL:

John M. Majoras, Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Dustin B. Rawlin, Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing on the following counsel of

record on this the 5th day of January, 2005, via U.S. Mail, postage pre-paid:

Carlo Cellai, Esq.
76 Canal Street, Suite 402
Boston, MA 02114
Attorneys for Plaintiff


/s/ Kurt B. Fliegauf
Kurt B. Fliegauf
Attorney for Defendants
Christian Johansen & Patrick Sautin

217287.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| FALKEN INDUSTRIES, LTD. AND ROY JANIS, | Civil Action No. 04-12479 MEL |
| Plaintiffs, | |
| v. | |
| CHRISTIAN JOHANSEN AND PATRICK SAUTIN, | |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF PATRICK SAUTIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

I, Patrick Sautin, do hereby declare as follows:

1.    I am over the age of twenty-one and I am competent to give the testimony

contained in this declaration.

2.    I am not, and never have been, a resident of the Commonwealth of Massachusetts.

3.    I spent eight years in Texas when I was growing up.

4.    I attended high school in France.

5.    I graduated from Brown University in Rhode Island in 1996 with bachelors

degrees in International Relations and Economics.

6.    In June of 1996, I returned to France and have resided there ever since.

7.    I currently live and rent an apartment in Paris.

8.    I am employed in France as an account manager for a computer services firm.

9.    I have applied for an official Certificate of Nationality ("Certificat de Nationalité

Française") from the French Tribunal D'Instance.

CLI-1261560v1

10.    Attached to this Supplemental Declaration as Exhibit A is a true and correct copy of my Birth Certificate ("Extrait D'Naissance").

11.    Attached to this Supplemental Declaration as Exhibit B is a true and correct copy of my Family Booklet ("Livret De Famille").

12.    Attached to this Supplemental Declaration as Exhibit D is a true and correct copy of my French High School Final Exam ("Baccalauréate").

13.    Attached to this Supplemental Declaration as Exhibit F is a true and correct copy of my French Identification Card ("Carte Nationale D'Identité").

14.    Attached to this Supplemental Declaration as Exhibit G is a true and correct copy of my French Passport.

15.    Attached to this Supplemental Declaration as Exhibit H is a true and correct copy of my Driver's License ("Permis de Conduire").

16.    Attached to this Supplemental Declaration as Exhibit I is a true and correct copy of my French Marriage License ("Certificat de Célébration Civile de Mariage").

17.    Attached to this Supplemental Declaration as Exhibit J is a true and correct copy of my Phone Bills.

18.    Attached to this Supplemental Declaration as Exhibit K is a true and correct copy of my Tax Returns, 1997-1999, 2002-2003 ("Impôt sur les Revenu").

19.    Attached to this Supplemental Declaration as Exhibit L is a true and correct copy of my Voter Cards ("Carte Électorale").

20.    Attached to this Supplemental Declaration as Exhibit M is a true and correct copy of my Student Card ("Carte D'Etudiant").

Under the laws of perjury of the United States of America, I do hereby declare that the

foregoing is true and correct.

Dated this 5th day of January, 2005.

_____
Patrick Sautin

N° 364

Patrick Timothée SAUTIN

Né le 13 MAI 1974

LE TREIZE MAI MIL NEUF CENT SOIXANTE QUATORZE à onze heures est né, chemin du Grès ------------------------------------------------------ PATRICK TIMOTHEE ------------------------------------------------------ du sexe masculin, de Jean François Maurice SAUTIN, né à NEUILLY sur SEINE (Hauts de Seine) le vingt six octobre mil neuf cent quarante sept, ingénieur, et de Sara Jane O'BRIEN, née à MILWAU- KEE WISCONSIN (Etats Unis d'Amérique) le vingt huit septembre mil neuf cent cinquante et un, sans profession, son épouse, do- miciliés à FOS SUR MER (Bouches du Rhône) 4, chemin de la Croix.

Dressé le quatorze mai mil neuf cent soixante quatorze à neuf heures trente sur la déclaration du père qui, lecture faite et invité à lire l'acte, a signé avec Nous, Ouardia ACHRACHE épou- se VIDANA, Officier de l'Etat-Civil par délégation -------------

POUR COPIE CONFORME

MARTIGUES LE :

1 9 OCT. 2001

L'Officier de l'Etat Civil
Par délégation

## APPLICATION DU DECRET N° 54-510
## DU 17 MAI 1954

(J. O. des 17-18 Mai)

#### Délivrance du livret de famille

Le livret de famille est établi lors de la célébration du mariage qu'il s'agisse ou non d'une première union par l'officier d'état civil qui a célébré le mariage.

#### Eléments du livret de famille

Le livret de famille est constitué par la réunion des extraits des actes d'état civil ci-après :
— mariage des époux ;
— décès des époux ;
— naissance des enfants ;
— décès des enfants.

En ce qui concerne l'extrait de l'état civil d'un enfant déclaré présentement sans vie, il doit figurer sur le livret de famille si les parents le demandent. Dans ce cas, l'officier de l'état civil indique expressément qu'il s'agit d'un enfant présentement sans vie.

Pour refléter fidèlement l'état de la famille et servir de preuve officielle à cet égard, le livret de famille doit comporter non seulement les extraits des actes de l'état civil mais encore les mentions qui seraient venues modifier lesdits actes : divorce, etc...

#### Force probante du livret de famille

Chacun des extraits, chacune des mentions contenues dans le livret de famille a la force probante qui s'attache aux extraits d'actes de l'état civil en vertu de l'article 45 du Code civil.

Les falsifications et usages frauduleux de ces extraits ou mentions exposent donc leurs auteurs aux sanctions prévues par le Code pénal en matière de faux.

D'autre part, l'usage d'un livret de famille où figurent des indications devenues inexactes en raison des changements de l'état des personnes visées, afin d'obtenir grâce à cette pièce justificative des avantages particuliers, **rend son auteur passible de poursuites pénales.**

#### Conservation du livret de famille

La conservation du livret de famille est assurée par le chef de famille.

En cas de divorce, un second livret peut être délivré à l'époux dépourvu du livret original dans les conditions prévues au paragraphe suivant.

— 2 —

---

# VILLE DE PARIS

## Mairie du ..16.. Arrondissement

# LIVRET DE FAMILLE

Conforme aux instructions du Ministre de l'Intérieur

### AVIS IMPORTANT

Pour servir de preuve officielle le livret doit comporter :

1° Les extraits des actes d'Etat Civil intéressant les membres de la famille : extrait de l'acte de mariage des époux ; extrait de l'acte de naissance de chacun des enfants ; quand il y a lieu, extraits des actes de décès des époux et des enfants.

2° L'indication des changements apportés à ces actes, depuis la délivrance des extraits inscrits sur ce livret à la suite de divorce, jugement rectificatif, jugement de légitimation adoptive, etc...

Le chef de famille ne devra pas manquer, chaque fois qu'il y aura lieu, de faire mettre à jour le livret de sa famille par l'officier d'Etat Civil compétent.

**L'omission de cette formalité risque d'entraîner des poursuites pénales contre lui ou contre un membre de sa famille.**

— Il est expressément défendu à toute personne autre que les officiers d'Etat Civil compétents, de porter quelque inscription que ce soit sur le livret de famille (même à titre de contrôle administratif).

### PERTE DU LIVRET DE FAMILLE

— Toute personne qui trouverait ce livret de famille doit le remettre à la Mairie la plus proche qui le fera parvenir à la Mairie indiquée ci-dessus, cette Mairie le conservera en vue de sa restitution.

— 3 —

## Extrait de l'Acte de  MARIAGE N° 711   R 393

Le *Cinq    juin*   mil neuf cent *soixante*  *douze* à *dix' sept* heures

devant Nous ont comparu publiquement en la maison commune.

### EPOUX

Nom et  *SAUTIN*

Prénoms  *Jean François Maurice*

Né à  *Neuilly sur Seine    Hauts de Seine*

Le *Vingt six octobre* mil *neuf* cent *quarante*  *sept*

Fils de (1)  *Jean Maurice*

et de (1)  *SAUTIN*

     *Françoise Marcelle*

(2)  *RIBOULOT son épouse*

(3)

**Les futurs conjoints ont déclaré (4)** *qu'il n'a été fait*

**Les futurs conjoints ont déclaré** l'un après l'autre vouloir se prendre pour époux et nous avons prononcé au nom de la loi qu'ils sont unis par le mariage.

NOTES
(1) Noms et prénoms du père et de la mère, en indiquant le décès s'il y a lieu.
(2) Consentement au mariage s'il y a lieu.
(3) Nom et prénoms du précédent conjoint s'il y a lieu, en indiquant « veuf ou divorcé ».
(4) Compléter ainsi la formule : « qu'il n'a pas été fait de contrat de mariage » ou « qu'un contrat de mariage a été reçu le (date), par (nom et résidence du notaire) ».

### EPOUSE

Nom et  *O'BRIEN*

Prénoms  *Sara Jane*

Née à  *Milwaukee Wisconsin U.S.A.*

Le *Vingt huit septembre* mil *neuf* cent *Cinquante*  *et un*

Fille de (1)  *William Gérard*

et de (1)  *O'BRIEN*

     *Helena Maud*

(2)  *SEARLES son épouse*

(3)  *Consentements par acte authentique*
*elle goûte au contrat de mariage*

le *Cinq juin mil neuf cent soixante douze*

Délivré conforme au registre,
L'Officier d'État Civil,

**MENTIONS MARGINALES (a)**

NOTE (a) Divorce, jugement déclarant nul le mariage, jugement rectificatif.

— 4 —

— 5 —

Extrait de l'Acte de décès N° .................... de l'Epoux

Commune d ........................... Départ. de ...................

Le ..........................................................................

à .................................................. heure ...................

est décédé à (1) .................................................. (2)

(3) ..........................................................................

(4) ..........................................................................

sur la déclaration de ...............................................

Délivré conforme aux registres le ...........................

MENTIONS MARGINALES (a)          L'Officier d'Etat Civil,

                                                              Sceau
                                                          de la Mairie

(a) Jugement rectificatif notamment .........................

---

Extrait de l'Acte de décès N° .................... de l'Epouse

Commune d ........................... Départ. de ...................

Le ..........................................................................

à .................................................. heure ...................

est décédée à (1) ................................................ (2)

(3) ..........................................................................

(4) ..........................................................................

sur la déclaration de ...............................................

Délivré conforme aux registres le ...........................

MENTIONS MARGINALES (a)          L'Officier d'Etat Civil,

                                                              Sceau
                                                          de la Mairie

(a) Jugement rectificatif notamment .........................

Notes (1), (2), (3), (4), voir page 15.

— 6 —

---

Extrait de l'Acte de naissance N° 364 du premier enfant

Le Treize mai mil neuf cent soixante

à onze heure S est né (1) [ Quatorze

Patrick , Timothée SAUTIN

du sexe masculin à (2) MARTIGUES (BdR)

Délivré conforme aux registres le 14 Mai 1974

mil neuf cent .......................................................

MENTIONS MARGINALES (a)          L'Officier d'Etat Civil,
                                                       PAR DÉLÉGATION

                                                              Sceau
                                                          de la Mairie

                                                       (3) voir page 15.

(a) Inscrite sur l'acte de naissance du premier enfant postérieurement à la délivrance de l'extrait ci-dessus.

---

Extrait de l'Acte de décès N° .................... du premier enfant

Le ..........................................................................

à .................................................. heure ...................

est décédé (1) .................................................. (2)

(3) ..........................................................................

(4) ..........................................................................

sur la déclaration de ...............................................

Délivré conforme aux registres le ...........................

MENTIONS MARGINALES (a)          L'Officier d'Etat Civil,

                                                              Sceau
                                                          de la Mairie

(a) Jugement rectificatif notamment .........    Notes (1), (2), (3), (4), voir page 15.

— 7 —

MINISTÈRE DE L'ÉDUCATION NATIONALE DE LA JEUNESSE ET DES SPORTS

2 F5

184

# LIVRET SCOLAIRE

pour l'examen du

## BACCALAURÉAT DE L'ENSEIGNEMENT DU SECOND DEGRÉ
## SÉRIES A - B - C - D - D' - E

(Arrêté du 7 mars 1986)

**NOM DU CANDIDAT :**

**PRÉNOMS :**

**DATE DE NAISSANCE :**

**ADRESSE :** 80 R

Nom    : SAUTIN
Prénom : PATRICK
né(e) le 13.05.74
adr. 80 AV DU MAL LYAUTEY
     ST GERMAIN EN LAYE
     78100 ST GERMAIN EN LAYE
LYCEE INTERNATIONAL 0782554C. 1B4(B+)
1B. Section US américaine

78100 ST GERMAIN EN LAYE

**ÉTABLISSEMENT :** LYCEE INTERNATIONAL DE ST GERMAIN

**SÉRIE ET SECTION :** Section américaine.

MIZERET, RINGUEBERCK ET BOUVIÈRE S.A. PARIS - MODÈLE N° 1110

ACADEMIE DE VERSAILLES
OPTION INTERNATIONALE DU BACCALAUREAT

SESSION JUIN 199 ?
SERIE B

RELEVE DES NOTES

BAREME AVEC EPS

| | Total 1er Groupe | 240 | 300 | 360 | 420 | 480 |
|---|---|---|---|---|---|---|
| | Moyenne | 8/20 | 10/20 | 12/20 | 14/20 | 16/20 |

EPREUVES FACULTATIVES :

Au premier groupe d'épreuves, les points supérieurs à 10 sont pris en compte pour l'obtention d'une mention.

Au deuxième groupe d'épreuves, les points supérieurs à 10 sont pris en compte pour l'admission.

EPREUVES DE CONTROLE :

Seul le meilleur total des points, après comparaison avec celui obtenu au 1er groupe, est pris en compte.

NOM :                SAUTIN
PRÉNOMS :   Patrick    13-05-74    MARTIGUES
NE (E) LE                                    A
ETABLISSEMENT    0782554C
CENTRE  0782554C  LYCEE  INTERNATIONAL
N°MATRICULE    3650122    365
                                         JURY

BAREME SANS EPS

| | Total 1er groupe | 232 | 290 | 348 | 406 | 464 |
|---|---|---|---|---|---|---|
| | Moyenne | 8/20 | 10/20 | 12/20 | 14/20 | 16/20 |

Ecrire la décision en toute lettres :

Admis Mention Passable

CACHET DU CENTRE          SIGNATURE DU PRESIDENT DU JURY

OPTION INTERNATIONALE
DU BACCALAURÉAT
LYCÉE INTERNATIONAL
SAINT-GERMAIN-EN-LAYE

EPREUVES 1ER GROUPE | | | | EPREUVES 1ER, 2EME GROUPE

| | NOTE /20 | COEFF | POINTS | DISCIPLINES | NOTE /20 | COEFF | POINTS 1er groupe | POINTS 2ème groupe | POINTS réclamés |
|---|---|---|---|---|---|---|---|---|---|
| Ecrit | 15 | 4 | 60 | lang. litt. natio. | | | | | |
| Oral | 16 | 3 | 48 | lang. litt. natio. | | | | | |
| Ecrit | 13 | 3 | 39 | Hist. Géo. natio. | | | | | |
| Oral | 15 | 2 | 30 | Hist. Géo. natio. | | | | | |
| Oral | 13 | 2 | 26 | Français | | | | | |
| Ecrit | 8 | 2 | 16 | Français | | | | | |
| Ecrit | 7 | 3 | 21 | Philosophie | | | | | |
| Ecrit | 2 | 3 | 6 | Mathématiques | | | | | |
| Ecrit | 8 | 4 | 32 | Sciences éco. et sociales | | | | | |
| Oral | 3 | 3 | 9 | LV2 ou langue ancienne | | | | | |
| | 15 | 1 | 15 | EPS | | | | | |
| | | | | Ep. facultative | | + | | | |
| | | | | Ep. facultative | | + | | | |
| Total d'admission Moyenne sur 20 | 15 | | 302 10.07 | | | | TOTAL | | |
| | | | 1 | | | | | TOTAL | |
| TOTAL POUR MENTION | | | 303 | | | | | | |
| MOYENNE SUR 20 | | | 10.10 | | | | MOYENNE SUR 20 | | |

Pour le candidat déclaré admis, le présent document vaut ce que de droit, jusqu'à la délivrance du diplôme et, au plus tard, jusqu'à la fin de l'année en cours.

NOTA : Il ne sera pas délivré de duplicata de ce document ; en cas de besoin, faire des copies ou photocopies et les faire certifier conformes à l'original









Si le porteur est accompagné d'enfant(s) / If the holder is accompanied by his child(ren) /   (Voir page 11)

Attention, les enfants ayant atteint l'âge de 15 ans doivent être munis de leur propre passeport

Domicile, observations / Residence, observations (7) /   (Voir page 35)

Page réservée aux autorités compétentes pour délivrer le passeport / Page reservierten a les autorisées compétentes para expedir el pasaporte / Sachbehörde, die passdelegende ausleganden · Amtliche Vermerke · Προορίζεται για τις αρμόδιες αρχές που επιδίδουν το διαβατήριο · Page reserved for issuing authorities · Leathanach in dírithe d'údaráis ábhartha · Pagina riservata alle autorità · Lembésliyen van bevoegde instanties / Pagina reservada as entidades competentes para emitir o passaporte · Sidan till·reserverandemmelmerstäulle · Förbehållet utlämnande myndighet.

Signature du titulaire / Signature of bearer

RÉPUBLIQUE FRANÇAISE

PASSEPORT
PASSPORT

Type/Type    Code du pays/Country code    Pass 02YK98139
P            FRA

SAUTIN

Patrick,Timothée

Nationalité/Nationality (8)    Sexe/(2)  Taille/  Couleur des yeux (3)
Française                      M    1,90 m   Marron

Date de naissance/Date of birth (4)    Lieu/
13-05-1974                             MARTIGUES (13)

Date de délivrance/Date of issue (7)    Autorité/
18-11-2002                              PRÉFECTURE DE POLICE DE PARIS
                                        (12)

Date d'expiration/Date of expiry (8)    Le Directeur de la Police Générale
18-11-2012

Louis DUCAMP

RÉPUBLIQUEFRANÇAISE · RÉPUBLIQUEFRANÇAISE · RÉPUBLIQUEFRANÇAISE · RÉPUBLIQUEFRANÇAISE · RÉPUBLIQUEFRANÇAISE

P<FRASAUTIN<<PATRICK<<<<<<<<<<<<<<<<<<<<<<<
02YK981390FRA7405132M1211182<<<<<<<<<<<<<00





# MAIRIE DE PARIS



## MAIRIE de Paris troisième arrondissement

## Certificat de Célébration Civile de Mariage

Nous, Maire de la ville de Paris troisième arrondissement, certifions que :

**Patrick, Timothée
SAUTIN**

et

**Anne, Caroline
TOBOLSKI**

ont contracté mariage, le 25 septembre 2004, en notre Mairie.

Paris troisième arrondissement, le 25 septembre 2004
L'Officier de l'Etat-Civil.

 **france telecom**

# votre facture

**pour nous joindre**
service clients
**10 14**
appel gratuit de votre ligne
Ⓝ **N° Vert** 0 800 101 475
appel gratuit d'une ligne fixe

**service après vente**
**10 13**
appel gratuit de votre ligne

**AGENCE DE PARIS**
BP 139
75523 PARIS CEDEX 11
www.francetelecom.com

**vos références**
numéro de client
01 43 48 21 70
adresse de votre ligne
M SAUTIN PATRICK
APP DRTE ETG 03
107 CRS VINCENNES
75020 PARIS

Exp : France Télécom - BP 139
75523 PARIS CEDEX 11

C 625661                           01243

M SAUTIN PATRICK
APP   DRTE ETG   03
107 CRS VINCENNES
75020 PARIS

*facture n° 0143482170 04H4· 2M05*                  *date : 11/10/2004*

## Abonnements, forfaits et options

France Télécom vous présente
La NOUVELLE FACTURE.
> Le montant à payer n'est
plus en tête de la facture,
vous le trouvez en
dernière ligne.
La facture se lit simplement
de haut en bas, avec moins
de sous totaux pour éviter
les répétitions.
> Le classement de vos
communications est plus clair,
> Les références, la date, sont
maintenant plus faciles à
trouver,
> Les espaces d'informations
sont plus nombreux.

| | Prix unitaire mensuel € HT | Prix unitaire mensuel € TTC | Montant € HT | Informution € TTC |
|---|---|---|---|---|
| **Votre ligne du 08/10 au 07/12** | | | | |
| 1 Abonnement Principal 01 43 48 21 70 | 10,87 | 13,00 | 21,74 | 26,00 |
| 1 Messagerie vocale | | | 0,00 | 0,00 |
| | | | **21,74** | **26,00** |

## Communications

| | | | Montant € HT | Informution € TTC |
|---|---|---|---|---|
| **Communications téléphoniques du 08/08 au 07/10** | | | | |
| > Vos communications | | | | |
| locales | 56mn01 | 14 appels | 1,748 | 2,091 |
| de voisinage | 4mn41 | 4 appels | 0,384 | 0,459 |
| nationales | 26mn17 | 4 appels | 1,673 | 2,001 |
| internationales | 15mn26 | 9 appels | 2,445 | 2,924 |
| vers mobiles internationaux | 24mn16 | 2 appels | 7,140 | 8,539 |
| services Audiotel | 3mn19 | 2 appels | 0,752 | 0,899 |
| vers n° Orange | 5mn34 | 2 appels | 1,102 | 1,318 |
| vers n° Bouygues Télécom | 0mn20 | 1 appel | 0,201 | 0,240 |
| autres appels | 11mn31 | 3 appels | 0,415 | 0,496 |
| *Répartition des communications par ligne* | | | | |
| Ligne 01 43 48 21 70 | | 15,860 € | | |
| | | | **15,86** | **18,97** |

| | Montant € HT | Montant € TTC |
|---|---|---|
| **Total de votre facture** | **37,60** | **44,97** |
| TVA payée sur les débits (19,60 %) sur 37,60 | 7,37 | |
| *Les montants TTC informatifs sont arrondis, leur somme peut différer du total TTC de la facture.* | | |
| Dernier montant dû à France Télécom | | 49,06 |
| Reglements et autres opérations pris en compte au 08/10/2004 | | -49,06 |

**Somme prélevée le 27/10/2004**                                          **44,97**
> Prochaine facture vers le 10/12/2004

### Avis de prélèvement automatique
> La somme à payer sera prélevée sur le compte désigné.

| Montant du prélèvement 44,97 € | | Date du prélèvement :27/10/2004 | |
|---|---|---|---|
| Nom de la banque | Code établissement | Code guichet | Numéro de compte |
| CL PARIS LES COLONNES | 30002 | 00829 | 0000043579K |

*A l'occasion d'un premier prélèvement ou de toute modification ultérieure il est recommandé de vérifier ces indications
et de signaler toute anomalie à votre interlocuteur France Télécom.*     FTE · CENTRE 274-45925 ORLEANS CEDEX 9

France Télécom SA au capital de 9 885 469 972 € Siro 129 066 RCS Paris N° de TVA intracommunautaire : FR 00 450 129 066

 **france telecom**                                    votre facture

**pour nous joindre**
**service clients**
**10 14**
appel gratuit de votre ligne
> **N°Vert 0 800 101 475**
appel gratuit d'une ligne fixe

**service après vente**
**10 13**
appel gratuit de votre ligne

**AGENCE DE PARIS**
BP 139
75523 PARIS CEDEX 11
www.francetelecom.com

**vos références**
**numéro de client**
01 43 48 21 70
**adresse de votre ligne**
M SAUTIN PATRICK
APP DRTE ETG 03
107 CRS VINCENNES
75020 PARIS

Exp : France Télécom - BP 139
75523 PARIS CEDEX 11

C 504277                    05050

M SAUTIN PATRICK
APP   DRTE ETG   03
107 CRS VINCENNES

75020 PARIS

*Facture n° 0143482170 04F8 - 2M04 du 10/08/2004*

| **Somme prélevée à partir du 27/08/2004** | | | | | **49,06 € TTC** |
|---|---|---|---|---|---|
| Prochaine facture vers le 10/10/2004 | | | | | |

| | Prix unitaire mensuel | | Montant | Télémétrie | Montant |
|---|---|---|---|---|---|
| | EUR HT | EUR TTC | EUR HT | EUR TTC | EUR TTC |
| **Abonnements, forfaits et options** | | | **21,74** | **26,00** | |
| Votre ligne du 08/08 au 07/10 | | | 21,74 | 26,00 | |
| 1 Abonnement Principal 01 43 48 21 70 | 10,37 | 13,00 | 21,74 | 26,00 | |
| 1 Messagerie vocale | 0,00 | 0,00 | 0,00 | 0,00 | |
| **Communications** | | | **19,28** | **23,06** | |
| Communications téléphoniques du 08/06 au 07/08 | | | 19,28 | 23,06 | |
| Ligne 01 43 48 21 70 | | | 19,281 | 23,060 | |

*Information sur la répartition de vos communications (hors et au-delà des forfaits)*

| | | | | |
|---|---|---|---|---|
| locales | 1h54mn09 | 20 appels | 2,683 | 3,215 |
| de voisinage | 0mn21 | 2 appels | 0,188 | 0,225 |
| nationales | 57mn38 | 8 appels | 3,427 | 4,099 |
| internationales | 36mn05 | 10 appels | 4,674 | 5,390 |
| vers mobiles internationaux | 17mn01 | 3 appels | 5,167 | 6,190 |
| services Audiotel | 4mn05 | 3 appels | 0,846 | 1,012 |
| vers n° Orange | 7mn48 | 2 appels | 0,923 | 1,104 |
| vers n° SFR | 0mn50 | 3 appels | 0,543 | 0,649 |
| vers n° Bouygues Télécom | 3mn29 | 1 appel | 0,525 | 0,937 |

| **Total facture** | **41,02** | **49,06 €** |
|---|---|---|
| TVA payée sur les débits (19,60 %) | 8,04 | |
| Somme à payer | | 49,06 € |

| **Dernier montant dû à France Télécom (EUR TTC)** | **86,00 €** |
|---|---|
| *Règlements comptabilisés au 05/05/2004. Merci* | *86,00 €* |
| *Solde reporté* | *0,00 €* |

**Avis de prélèvement automatique**
> *La somme à payer sera prélevée sur le compte désigné.*

| Montant du prélèvement : 49,06 € | | | Date du prélèvement : 27/08/2004 |
|---|---|---|---|
| Nom de la banque | Code établissement | Code guichet | Numéro de compte |
| CL PARIS LES COLONNES | 30002 | 00829 | 0000043579K |

*A l'occasion d'un premier prélèvement ou de toute modification ultérieure il est recommandé de vérifier ces indications et de signaler toute anomalie à votre interlocuteur France Télécom.*          FTE - CENTRE 274-45905 ORLEANS CEDEX 9

France Telecom SA au capital de 9 888 489 072 € 380 129 866 RCS Paris N° de TVA intra communautaire : FR 89 380 129 866

# france telecom

## votre facture

**pour nous joindre**
**service clients**
**10 14**
appel gratuit de votre ligne
**> N°Vert 0 800 101 475**
appel gratuit d'une ligne fixe

**service après vente**
**10 13**
appel gratuit de votre ligne

**AGENCE DE PARIS**
BP 139
75523 PARIS CEDEX 11
www.francetelecom.com

**vos références**
**numéro de client**
01 43 48 21 70
**adresse de votre ligne**
M SAUTIN PATRICK
APP DRTE ETG 03
107 CRS VINCENNES
75020 PARIS

Exp. : France Télécom - BP 139
75523 PARIS CEDEX 11

F 382253

M SAUTIN PATRICK
APP    DRTE ETG    03
107 CRS VINCENNES

01222

75020 PARIS

*Facture n° 0143482170 04E2 - 2M03 du 10/06/2004*

| Somme prélevée à partir du 27/06/2004 | | | | | **86,00 € TTC** |
|---|---|---|---|---|---|
| Prochaine facture vers le 11/08/2004 | | | | | |

| | Prix unitaire mensuel EUR HT | EUR TTC | Montant EUR HT | Information EUR TTC | Montant EUR TTC |
|---|---|---|---|---|---|
| **Abonnements, forfaits et options** | | | **21,74** | **26,00** | |
| Votre ligne du 08/06 au 07/08 | | | 21,74 | 26,00 | |
| 1 Abonnement Principal 01 43 48 21 70 | 10,87 | 13,00 | 21,74 | 26,00 | |
| 1 Messagerie vocale | 0,00 | 0,00 | 0,00 | 0,00 | |
| **Communications** | | | **50,17** | **60,00** | |
| Communications téléphoniques du 08/04 au 07/06 | | | 50,17 | 60,00 | |
| Ligne 01 43 48 21 70 | | | 50,172 | 60,006 | |

*Information sur la répartition de vos communications (hors et au-delà des forfaits)*

| | | | | |
|---|---|---|---|---|
| locales | 1h31mn58 | 38 appels | 4,645 | 5,555 |
| de voisinage | 3mn58 | 2 appels | 0,243 | 0,291 |
| nationales | 46mn07 | 12 appels | 3,382 | 4,045 |
| internationales | 32mn25 | 9 appels | 5,231 | 6,256 |
| vers mobiles internationaux | 59mn12 | 9 appels | 19,999 | 23,919 |
| services Audiotel | 4mn05 | 4 appels | 0,940 | 1,124 |
| vers n° Orange | 13mn10 | 10 appels | 4,030 | 4,820 |
| vers n° SFR | 41mn18 | 21 appels | 9,386 | 11,224 |
| vers n° Bouygues Télécom | 1mn20 | 3 appels | 0,648 | 0,775 |
| autres appels | 1mn33 | 2 appels | 0,152 | 0,182 |
| autres services | | 2 appels | 1,467 | 1,755 |

| **Total facture** | | | **71,91** | | **86,00 €** |
|---|---|---|---|---|---|
| TVA payée sur les débits (19,60 %) | | | 14,09 | | |
| Somme à payer | | | | | 86,00 € |

**Dernier montant dû à France Télécom (EUR TTC)**               142,16 €
*Règlements comptabilisés au 09/06/2004. Merci*               142,16 €
*Solde reporté*               0,00 €

---

*Information : votre compte webfact ou espace client a expiré. Sachez que vous pourrez le re-créer à tout moment sur www.francetelecom.com, rubrique espace client, pour gérer votre ligne et suivre votre consommation.*

---

**Avis de prélèvement automatique**

> *La somme à payer sera prélevée sur le compte désigné.*

Montant du prélèvement : 86,00 €               Date du prélèvement : 27/06/2004
Nom de la banque          Code établissement          Code guichet          Numéro de compte
CL PARIS LES COLONNES          30002                    00829                    0000043579K

*A l'occasion d'un premier prélèvement ou de toute modification ultérieure il est recommandé de vérifier ces indications et de signaler toute anomalie à votre interlocuteur France Télécom.*          FTE - CENTRE 274-45925 ORLEANS CEDEX 9

France Télécom SA au capital de 9 605 271 892 € 380 129 866 RCS Paris N° de TVA intra-communautaire : FR 69 380 129 866


# france telecom

# votre facture

**pour nous joindre**
**service clients**
**10 14**
appel gratuit de votre ligne
> **N°Vert 0 800 101 475**
appel gratuit d'une ligne fixe

**service après vente**
**10 13**
appel gratuit de votre ligne

**AGENCE DE PARIS**
BP 139
75S23 PARIS CEDEX 11
www.francetelecom.com

**vos références**
**numéro de client**
01 43 48 21 70
**adresse de votre ligne**
M SAUTIN PATRICK
APP DRTE ETG 03
107 CRS VINCENNES
75020 PARIS

Exp. : France Télécom - BP 139
75S23 PARIS CEDEX 11

C 256695

M SAUTIN PATRICK
APP    DRTE ETG   03
107  CRS  VINCENNES

75020  PARIS

04551

*Facture n° 0143482170 04C6 - 2M02 du 09/04/2004*

**Somme prélevée à partir du 27/04/2004**                                         **142,16 €TTC**
Prochaine facture vers le 11/06/2004

| | Prix unitaire mensuel | | Montant | Information | Montant |
|---|---|---|---|---|---|
| | EUR HT | EUR TTC | EUR HT | EUR TTC | EUR TTC |
| **Abonnements, forfaits et options** | | | **21,74** | **26,00** | |
| Votre ligne du 08/04 au 07/06 | | | 21,74 | 26,00 | |
| 1 Abonnement Principal 01 43 48 21 70 | 10,87 | 13,00 | 21,74 | 26,00 | |
| 1 Messagerie vocale | 0,00 | 0,00 | 0,00 | 0,00 | |
| **Communications** | | | **97,12** | **116,16** | |
| Communications téléphoniques du 08/02 au 07/04 | | | 97,12 | 116,16 | |
| Ligne 01 43 48 21 70 | | | 97,115 | 116,150 | |

*Information sur la répartition de vos communications (hors et au-delà des forfaits)*

| | | | | |
|---|---|---|---|---|
| locales | 1h43mn15 | 44 appels | 5,263 | 6,301 |
| nationales | 39mn55 | 5 appels | 2,382 | 3,447 |
| internationales | 2h12mn09 | 14 appels | 22,117 | 26,452 |
| vers mobiles internationaux | 1h25mn50 | 13 appels | 31,139 | 37,242 |
| services Audiotel | 5mn39 | 2 appels | 1,123 | 1,349 |
| vers n° Orange | 17mn38 | 9 appels | 3,837 | 4,589 |
| vers n° SFR | 1h56mn56 | 33 appels | 23,361 | 28,533 |
| vers n° Bouygues Télécom | 27mn22 | 14 appels | 6,883 | 8,232 |

| **Total facture** | | | **118,86** | | **142,16 €** |
|---|---|---|---|---|---|
| TVA payée sur les débits (19,60 %) | | | 23,30 | | |
| Somme à payer | | | | | 142,16 € |

**Dernier montant dû à France Télécom (EUR TTC)**                                     96,74 €
*Règlements comptabilisés au 08/04/2004. Merci*                                        96,74 €
*Solde reporté*                                                                         0,00 €

---

**Avis de prélèvement automatique**

> *La somme à payer sera prélevée sur le compte désigné.*

Montant du prélèvement : 142,16 €                                    Date du prélèvement : 27/04/2004
Nom de la banque          Code établissement    Code guichet         Numéro de compte
CL PARIS LES COLONNES      30002                  00829                0000043579K
*A l'occasion d'un premier prélèvement ou de toute modification ultérieure il est recommandé de vérifier ces indications et de
signaler toute anomalie à votre interlocuteur France Télécom.*                FTE - CENTRE 274-45925 ORLEANS CEDEX 9

France Telecom SA au capital de 9 609 297 312 € 380 129 866 RCS Paris N° de TVA intra communautaire : FR 89 380 129 866

 **france telecom**

# récapitulatif de vos factures
numéro : 0143482170 0420 - 2M01

**pour nous joindre**
AGENCE DE PARIS
BP 139
75523 PARIS CEDEX 11

**vos références**

**numéro de client**
01 43 48 21 70

**adresse de votre ligne**
M SAUTIN PATRICK
APP DRTE ETG 03
107 CRS VINCENNES
75020 PARIS

Exp. : France Télécom - BP 139
75523 PARIS CEDEX 11

C 134775                              01167
M SAUTIN PATRICK
APP  DRTE ETG  03
107 CRS VINCENNES

75020 PARIS

**Total prélevé selon modalités ci-dessous**          **107,73 € TTC**

» *Les différentes factures se trouvent en pages suivantes.*

**> Services de France Télécom**
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**Votre agence**
AGENCE DE PARIS
BP 139
75523 PARIS CEDEX 11
10 14
appel gratuit de votre ligne
**> N°Vert 0 800 101 475**
appel gratuit d'une ligne fixe

*Votre facture :*
Facture 0143482170 04B0/1 du 11/02/2004          93,37 €
Services d'information vocale - Audiotel :
Facture 0143482170 04B0/2 du 11/02/2004           3,37 €

**Total France Télécom**                          **96,74 €**

**> Services facturés pour les autres opérateurs de Télécommunications**
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**Votre service client
autres opérateurs**
FCT
BP 6030
14061 CAEN cedex 4

**N° Vert 0 800 328 328**
appel gratuit d'une ligne fixe

*Services des autres opérateurs :*
Télécom Développement SA n°684881          10,99 €

**Total autres opérateurs**                  **10,99 €**

---

*i* Ce récapitulatif regroupe le montant **des services fournis par France Télécom** et les montants **des services d'autres opérateurs de télécommunications** pour lesquels France Télécom est chargée d'effectuer la facturation et les encaissements.

---

**Avis de prélèvement automatique des prestations de France Télécom**
> *La somme à payer sera prélevée sur le compte désigné.*
Montant du prélèvement: 96,74 €                     Date du prélèvement: 27/02/2004

**Avis de prélèvement automatique des prestations des autres opérateurs**
> *La somme à payer sera prélevée sur le compte désigné.*
Montant du prélèvement: 10,99 €                                          Date du prélèvement: 05/03/2004
Nom de la banque          Code établissement          Code guichet          Numéro de compte
CL PARIS LES COLONNES          30002          00829          0000043579K
*A l'occasion d'un premier prélèvement ou de toute modification ultérieure il est recommandé de vérifier ces indications et de
signaler toute anomalie à votre interlocuteur France Télécom.*          FTE - CENTRE 274-45925 ORLEANS CEDEX 9

EFCCGF74CB0520RT1000 MY
zs 0 0 3 0
Page : 1/6

France Télécom SA au capital de 9 609 262 400 € 380 129 866 RCS Paris N° de TVA intra-communautaire : FR 89 380 129 866



votre facture

Votre agence
AGENCE DE PARIS
BP 139
75523 PARIS CEDEX 11

Service client
1014 ou 0800101475

Service après-vente
1013

**Numéro de ligne**
01 43 48 21 70

Nom du client
M SAUTIN PATRICK

Adresse de l'installation
APP DRTE ETG 03
107 CRS VINCENNES
75020 PARIS

M SAUTIN PATRICK
APP  DRTE ETG  03
107 CRS VINCENNES

10809

75020 PARIS

*Facture n° 0143482170 0310 du 10/12/2003 - 2M06*

**Somme prélevée à partir du 27/12/2003**                31,83 € TTC
Prochaine facture vers le 12/02/2004

<div style="float:left; border:1px solid;">

**Tarif fixe vers mobiles :**
le 10 janvier 2004, des tarifs
spécifiques sont mis en oeuvre
entraînant des hausses de prix
pour les appels suivants :
de la Métropole vers les DOM,
des DOM vers la Métropole,
d'un DOM vers un autre DOM.
Renseignements au 10 14,
au 10 16 (clients professionnels)
ou sur www.francetelecom.com

</div>

| | | Prix unitaire mensuel | | Montant | Estimation | Montant |
|---|---|---|---|---|---|---|
| | | EUR HT | EUR TTC | EUR HT | EUR TTC | EUR TTC |
| **Abonnements, forfaits et options** | | | | 21,74 | 26,00 | |
| Votre ligne du 08/12 au 07/02 | | | | 21,74 | 26,00 | |
| 1 Abonnement Principal 01 43 48 21 70 | | 10,87 | 13,00 | 21,74 | 26,00 | |
| 1 Messagerie vocale | | 0,00 | 0,00 | 0,00 | 0,00 | |
| **Communications** | | | | 4,87 | 5,82 | |
| Communications téléphoniques du 08/10 au 07/12 | | | | 4,87 | 5,82 | |
| Ligne 01 43 48 21 70 | | | | 4,867 | 5,821 | |

*Information sur la répartition de vos communications (hors et au-delà des forfaits)*

| | | | | |
|---|---|---|---|---|
| locales | 1h30mn03 | 14 appels | 2,362 | 2,825 |
| de voisinage | 0mn54 | 2 appels | 0,188 | 0,225 |
| nationales | 3mn07 | 1 appel | 0,220 | 0,263 |
| internationales | 7mn42 | 2 appels | 0,970 | 1,160 |
| services Audiotel | 0mn28 | 1 appel | 0,094 | 0,112 |
| vers n° Orange | 1mn47 | 2 appels | 0,432 | 0,517 |
| vers n° SFR | 0mn36 | 2 appels | 0,384 | 0,459 |
| vers n° Bouygues Télécom | 0mn15 | 1 appel | 0,217 | 0,260 |

| **Total facture** | | | 26,61 | | | 31,83 € |
|---|---|---|---|---|---|---|
| TVA payée sur les débits (19,60 %) | | | 5,22 | | | |
| Somme à payer | | | | | | 31,83 € |

**Dernier montant dû à France Telecom (EUR TTC)**                    35,90 €
*Règlements comptabilisés au 05/12/2003. Merci*                       35,90 €
*Solde reporté*                                                        0,00 €

France Telecom
SA au capital de 0 926 060 300 €
300 129 660 RCS Paris
N° de TVA intra-communautaire : FR 09 300 129 000

Avis de prélèvement automatique

**La somme à payer sera prélevée sur le compte désigné.**

Montant du prélèvement :     31,83 EUR        Date du prélèvement :   27/12/2003

Références du compte :

| Nom de la banque : | Code établissement : | Code guichet : | Numéro de compte : |
|---|---|---|---|
| CL PARIS LES COLONNES | 30002 | 00829 | 0000043579K |

*A l'occasion d'un premier prélèvement ou de toute modification ultérieure, il est recommandé de vérifier ces indications et de signaler toute anomalie à votre interlocuteur France Télécom.*

 **france telecom**

votre facture

Votre agence
AGENCE DE PARIS
BP 139
75523 PARIS CEDEX 11

Service client
1014 ou 0800101475

Service après-vente
1013

**Numéro de ligne**
01 43 48 21 70

Nom du client
M SAUTIN PATRICK

Adresse de l'installation
APP DRTE ETG 03
107 CRS VINCENNES
75020 PARIS

M SAUTIN PATRICK
APP    DRTE ETG    03
107 CRS VINCENNES

75020 PARIS

11560

*Facture n° 0143482170 03F8 du 11/08/2003 - 2M04*

| **Somme prélevée à partir du 27/08/2003** | | | | | **42,73 € TTC** |
|---|---|---|---|---|---|

Prochaine facture vers le 11/10/2003

| | | Prix unitaire mensuel EUR HT | EUR TTC | Montant EUR HT | Information EUR TTC | Montant EUR TTC |
|---|---|---|---|---|---|---|
| **Abonnements, forfaits et options** | | | | 21,74 | 26,00 | |
| Votre ligne du 08/08 au 07/10 | | | | 21,74 | 26,00 | |
| 1 Abonnement Principal 01.43.48.21.70 | | 10,87 | 13,00 | 21,74 | 26,00 | |
| 1 Messagerie vocale | | 0,00 | 0,00 | 0,00 | 0,00 | |
| **Communications** | | | | 13,99 | 16,73 | |
| Communications téléphoniques du 08/06 au 07/08 | | | | 13,99 | 16,73 | |
| Ligne 01 43 48 21 70 | | | | 13,992 | 16,734 | |

*Information sur la répartition de vos communications (hors et au-delà des forfaits)*

| locales | 1h08mn54 | 24 appels | 2,820 | 3,373 | |
|---|---|---|---|---|---|
| nationales | 12mn14 | 5 appels | 0,980 | 1,172 | |
| services Audiotel | 8mn46 | 4 appels | 2,632 | 3,148 | |
| vers n° Orange | 0mn55 | 1 appel | 0,215 | 0,257 | |
| vers n° SFR | 10mn47 | 7 appels | 2,698 | 3,227 | |
| vers n° Bouygues Télécom | 2mn23 | 4 appels | 1,125 | 1,346 | |
| autres appels | 5mn43 | 2 appels | 0,715 | 0,855 | |
| autres services | | 4 appels | 2,807 | 3,357 | |

| **Total facture** | | **35,73** | | **42,73 €** |
|---|---|---|---|---|
| TVA payée sur les débits (19,60 %) | | 7,00 | | |
| **Somme à payer** | | | | **42,73 €** |
| **Dernier montant dû à France Télécom (EUR TTC)** | | | | 65,19 € |
| *Règlements comptabilisés au 09/08/2003. Merci* | | | | *65,19 €* |
| *Solde reporté* | | | | *0,00 €* |

**Tarif Internet résidentiel : changement de structure tarifaire à compter du 8 septembre 2003.**
**Remplacement du crédit temps par un prix d'établissement d'appel de 0,1 € TTC. Prix de la communication inchangé : 0,02 € TTC la minute, facturé à la seconde dès la 1ère seconde**

France Telecom
SA au capital de 8 897 457 796 €
380 129 866 RCS Paris
N° de TVA intra-communautaire : FR 89 380 129 866

| *Au 01.08.2003 : hausse du prix de certains services minitel de 0,1 à 1,7 centimes d'euros par minute : vous pouvez consulter le détail des tarifs sur 3615 PRIXM (appel gratuit).* |
|---|

Avis de prélèvement automatique

**La somme à payer sera prélevée sur le compte désigné.**

Montant du prélèvement :    42,73 EUR

Date du prélèvement :    27/08/2003

Références du compte :

| Nom de la banque : | Code établissement : | Code guichet : | Numéro de compte : |
|---|---|---|---|
| CL PARIS LES COLONNES | 30002 | 00829 | 0000043579K |

*A l'occasion d'un premier prélèvement ou de toute modification ultérieure, il est recommandé de vérifier ces indications et de signaler toute anomalie à votre interlocuteur France Télécom.*

 **france telecom**

votre facture

**Votre agence**
AGENCE DE PARIS
BP 139
75523 PARIS CEDEX 11

Service client
1014 ou 0800101475

Service après-vente
1013

**Numéro de ligne**
01 43 48 21 70

**Nom du client**
M SAUTIN PATRICK

**Adresse de l'installation**
APP  DRTE ETG  03
107 CRS VINCENNES
75020 PARIS

M SAUTIN PATRICK
APP   DRTE ETG   03
107 CRS VINCENNES

00169

75020 PARIS

*Facture n° 0143482170 03E2 du 12/06/2003 · 2M03*

| **Somme prélevée à partir du 27/06/2003** | | | | | **65,19 € TTC** |
|---|---|---|---|---|---|
| Prochaine facture vers le 11/08/2003 | | | | | |

| | Prix unitaire mensuel EUR HT | EUR TTC | Montant EUR HT | Information EUR TTC | Montant € EUR TTC |
|---|---|---|---|---|---|
| **Abonnements, forfaits et options** | | | 26,08 | 31,19 | |
| Votre ligne du 08/06 au 07/08 | | | 26,08 | 31,19 | |
| 1 Abonnement Principal 01.43.48 21.70 | 10.87 | 13.00 | 21.74 | 26.00 | |
| 1 Abonnement Principal du 26/06 au 07/06 | | | 4.34 | 5,19 | |
| 1 Messagerie vocale | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Communications** | | | 2,72 | 3,25 | |
| Communications téléphoniques du 26/06 au 07/06 | | | 2,72 | 3,25 | |
| trafic téléphonique | | | 2,045 | 2,446 | |
| services facturés à l'usage | | | 0,670 | 0,801 | |
| locales | 8mn47 | 5 appels | 0.446 | 0.533 | |
| nationales | 3mn10 | 2 appels | 0.283 | 0.338 | |
| services Audiotel | 4mn10 | 2 appels | 1.316 | 1.574 | |
| autres services | | 1 appel | 0.670 | 0.801 | |
| **Services ponctuels ou occasionnels** | | | 25,71 | 30,75 | |
| Service téléphonique | | | 25,71 | 30,75 | |
| *Date   Heure* 26/05/03   Reprise de ligne délai 6 mois | | | 25.71 | 30.75 | |
| **Total facture** | | | 54,51 | | 65,19 € |
| TVA payée sur les débits (19,60 %) | | | 10.68 | | |
| Somme a payer | | | | | 65,19 € |

France Télécom
SA au capital de 8 897 457 796 €
380 129 866 RCS Paris
N° de TVA intra-communautaire : FR 99 380 129 866

Avis de prélèvement automatique

**La somme à payer sera prélevée sur le compte désigné.**

| Montant du prélèvement : | 65,19 EUR | | Date du prélèvement : 27/06/2003 |
|---|---|---|---|
| Références du compte : | | | |
| Nom de la banque : | Code établissement : | Code guichet : | Numéro de compte : |
| CL PARIS LES COLONNES | 30002 | 00829 | 0000043579K |

*A l'occasion d'un premier prélèvement ou de toute modification ultérieure, il est recommandé de vérifier ces indications et de signaler toute anomalie à votre interlocuteur France Télécom.*

 **france telecom**

votre facture

**Votre agence**
AGENCE DE PARIS
BP 139
75523 PARIS CEDEX 11

**Service client**
1014 ou 0800101475

**Service après-vente**
1013

**Numéro de ligne**
01 46 28 39 86

**Nom du client**
MME TOBOLSKI ANNE

**Adresse de l'installation**
PTE DTE ESC B ETG 01
217 R BERCY
75012 PARIS

06912

MME TOBOLSKI ANNE
MR PATRICK SAUTIN ESC   B ETG   01
217 R BERCY

75012 PARIS

*Facture n° 0146283986 03D2 du 05/05/2003 · 2A03*

**Somme prélevée à partir du 27/05/2003**          **58,75 € TTC**
Prochaine facture vers le 07/07/2003

| | Montant EUR HT | Information EUR TTC | Montant EUR TTC |
|---|---|---|---|
| Abonnements, forfaits et options | 29,26 | 34,99 | |
| Communications | 19,86 | 23,75 | |
| **Total facture** | **49,12** | | **58,75 €** |
| TVA payée sur les débits (19,60 %) | 9,63 | | |
| Somme à payer | | | 58,75 € |

**Dernier montant dû à France Télécom (EUR TTC)**                        46,29€
*Règlements comptabilisés au 03/05/2003. Merci*                          46,29€
*Solde reporté*                                                          0,00€

France Télécom
SA au capital de 4 760 634 896 €
380 129 866 RCS Paris
N° de TVA intra-communautaire : FR 89 380 129 866

Avis de prélèvement automatique

**La somme à payer sera prélevée sur le compte désigné.**

Montant du prélèvement :     58,75 EUR          Date du prélèvement :   27/05/2003

Références du compte :
Nom de la banque :          Code établissement :     Code guichet ·      Numéro de compte ·

UBP PARIS VOLTAIRE          30938                    00038               00240300000

*À l'occasion d'un premier prélèvement ou de toute modification ultérieure, il est recommandé de vérifier ces indications et de signaler toute anomalie à votre interlocuteur France Télécom.*

**> *récapitulatif de vos factures***
Référence n° 0146283986 0310 - 2A01

**france telecom**

France Télécom
AGENCE DE PARIS
BP 139
75523 PARIS CEDEX 11

00626

MME TOBOLSKI ANNE
MR PATRICK SAUTIN ESC   B ETG   01
217 R BERCY

**Nom du client**
MME TOBOLSKI ANNE

75012 PARIS

**Numéro de ligne**
01 46 28 39 86

Adresse de l'installation
PTE DTE ESC B ETG 01
217 R BERCY
75012 PARIS

**Total prélevé**                              **46,57 € TTC**

**selon les modalités ci-dessous**
» *Les différentes factures se trouvent en pages suivantes.*

Ce récapitulatif
regroupe le montant
**des services fournis
par France Télécom** et
les montants **des services
d'autres opérateurs de
télécommunications**
pour lesquels France
Télécom est chargée
d'effectuer la facturation
et les encaissements.

**> *Services de France Télécom***

| **Votre agence**<br>AGENCE DE PARIS<br>BP 139<br>75523 PARIS CEDEX 11 | *Votre facture :*<br>Facture 0146283986 03A0/1 du 06/01/2003 | 39,16€ |
| --- | --- | --- |
| | *Services d'information vocale · Audiotel :*<br>Facture 0146283986 03A0/2 du 06/01/2003 | 5,62€ |
| 10 14 ou 0 800 101 475<br>(appel gratuit depuis un poste fixe) | **Total France Télécom** | **44,78€** |

**> *Services facturés pour les autres opérateurs de Télécommunications***

| **Votre service client<br>autres opérateurs**<br>FCT<br>BP 6030<br>14061 CAEN cedex 4 | *Services des autres opérateurs :*<br>Télécom Développement SA n°6000244823 | 1,79€ |
| --- | --- | --- |
| | **Total autres opérateurs** | **1,79€** |

0 800 328 328
(appel gratuit depuis un poste fixe)

**Avis de prélèvement automatique des prestations de France Télécom**
> La somme a payer sera prélevée sur le compte désigné ci dessous.
Montant du prélèvement :     44,78 €          Date du prélèvement : 28/01/2003

**Avis de prélèvement automatique des prestations des autres opérateurs**
> La somme a payer sera prelevée sur le compte désigné ci dessous.
Montant du prélèvement :     1,79 €          Date du prélèvement : 27/01/2003

| **Références du compte >** | Nom de la banque<br>UBP PARIS VOLTAIRE | Code établissement<br>30938 | Code guichet<br>00038 | Numéro de compte<br>00240300000 |
| --- | --- | --- | --- | --- |

A l'occasion d'un examen prélèvement  ou de toute modification ultérieure il est recommandé de vérifier ces indications et de  l'étalier toute nouvelle d'autre intérieure en Service



N° 1534

**Nom :** M SAUTIN,PATRICK

Adresse d'imposition au 01-01-2004

107 CRS DE VINCENNES

75020 PARIS

**Direction** 755 Trésorerie 044 CDI 0451 SA 021

Année de naissance : 1974                    Conjoint :

Numéro FIP : 6463328789 / 358401

Numéro de rôle : 036

**N° SPI vous :**

RÉPUBLIQUE FRANÇAISE
Liberté • Égalité • Fraternité

A V I S   D ' I M P Ô T

IMPÔT SUR LES REVENUS

DE 2003

NF0117431

N° 1534

*Liberté • Égalité • Fraternité*
RÉPUBLIQUE FRANÇAISE

A V I S   D ' I M P Ô T
**IMPÔT SUR LE REVENU**

**REVENUS DE 2002**

**Nom :**   M SAUTIN,PATRICK TIMOTHEE

Adresse d'imposition au 01-01-03 :

217 RUE DE BERCY
PARIS
75012 PARIS 12

**Direction**   755  Trésorerie    022 CDI    0252  SA    023   Insp. spé.

Année de naissance :   1974              Conjoint° :
Numéro FIP :   6463328789  / 191597
Numéro de rôle :   011

| SITUATION DU FOYER | CAS PARTICULIER | ANNÉE DE NAISSANCE | ENFANTS MINEURS OU INFIRMES | DONT ENFANTS INFIRMES | ENFANTS MAJEURS CÉLIBATAIRES | ENFANTS MARIÉS | PERSONNES RECUEILLIES INVALIDES | NOMBRE DE PARTS |
|---|---|---|---|---|---|---|---|---|
| C | | | | | | | | 1.0 |

A00978053

N° 1530    A

Date d'édition du présent document :     07/2000

Pour tous renseignements 16657
adressez-vous au centre des impôts ci-après.

Téléphone tous les jours ouvrés :     01 44 59 60 33
Accueil du public :   MARDI ET VENDREDI 9H A 12H

AVIS D'IMPÔT SUR LE REVENU

MINISTÈRE DE L'ÉCONOMIE
DES FINANCES ET DE L'INDUSTRIE

IMPÔT SUR LE REVENU
1999

CDI 4E ARSENAL
S.A. SULLY
8-10 RUE DE RIVOLI
75193 PARIS 04
02017733313708610070800EN00011002,70

M    SAUTIN,PATRICK

**CONSERVEZ L'ORIGINAL DE VOTRE AVIS D'IMPÔT SUR LE REVENU**
Si un organisme vous demande de lui communiquer le montant des revenus que vous avez
déclarés à l'administration fiscale, avant de lui envoyer une photocopie, datez et signez la
déclaration sur l'honneur figurant au bas du présent avis, après l'avoir éventuellement complétée.

15 RUE DES TOURNELLES
PARIS
75004 PARIS 04

N°011  754 77 39 5713227789 3 A     20 04 51 022 005          1974

| SITUATION DE FAMILLE | CAS PARTICULIER | ANNÉE DE NAISSANCE | ENFANTS MINEURS OU INFIRMES | DONT ENFANTS INFIRMES | ENFANTS MAJEURS CÉLIBATAIRES | ENFANTS MARIÉS | PERSONNES RECUEILLIES INFIRMES | NOMBRE DE PARTS |
|---|---|---|---|---|---|---|---|---|
| C | | | | | | | | 1,0 |

15765    N° 1534 A

AVIS D'IMPÔT SUR LE REVENU

MINISTÈRE DE L'ÉCONOMIE
DES FINANCES ET DE L'INDUSTRIE

IMPÔT SUR LE REVENU

**1998**

**CONSERVEZ L'ORIGINAL DE VOTRE AVIS D'IMPÔT SUR LE REVENU**
Si un organisme vous demande de lui communiquer le montant des revenus que vous avez
déclarés à l'administration fiscale, avant de lui envoyer une photocopie, datez et signez la
déclaration sur l'honneur figurant au bas du présent avis, après l'avoir éventuellement complétée.

Date d'édition du présent document : **07/1999**  N° **011**

Pour tous renseignements, adressez-vous au centre des impôts ci-après.
Téléphone tous les jours ouvrés :   01 44 59 60 33
Accueil du public : MARDI ET VENDREDI 9H A 12H

CDI 4E ARSENAL
S.A. SULLY
8-10 RUE DE RIVOLI
75193 PARIS 04
02U2773332433156004089EN00011002,70

M   SAUTIN,PATRICK

15 RUE DES TOURNELLES
PARIS
75004 PARIS 04

| SITUATION DE FAMILLE | CAS PARTICULIER | ANNÉE DE NAISSANCE | ENFANTS MINEURS OU INFIRMES | DONT ENFANTS INFIRMES | ENFANTS MAJEURS CÉLIBATAIRES | ENFANTS MARIÉS | PERSONNES RECUEILLIES INFIRMES | NOMBRE DE PARTS |
|---|---|---|---|---|---|---|---|---|
| C | | | | | | | | 1,0 |

754 77 39 5713227789 3 A    20 04 51 022  005    1974



242720823

MINISTÈRE DE L'ÉCONOMIE
DES FINANCES ET DE L'INDUSTRIE

IMPÔT SUR LE REVENU
1997

**AVIS D'IMPOSITION**                    N° 1533 M-1-A

Nom :    M    SAUTIN,PATRICK

Adresse
d'impo-
sition    80 RUE DU MAL LYAUTEY
au
1/1/98    78100 ST GERMAIN EN LAYE

Année de naissance :    1974    Conjoint :

CONSERVEZ L'ORIGINAL DE VOTRE AVIS D'IMPOSITION
Si un organisme vous demande de lui communiquer le montant des revenus
que vous avez déclarés à l'administration fiscale, avant de lui envoyer
une photocopie, datez et signez la déclaration sur l'honneur
figurant au bas du présent avis, après l'avoir éventuellement complétée.

Date d'édition du présent document :    10 07 1998

N° de          Date de mise en                    Date de
rôle ▶ 014 recouvrement ▶ 20/07/1998 majoration ▶ 15/09/1998

Direction   780 Trésorerie   028 CDI   0552 SA   025 Insp. spé.

Situation
de famille C    Cas
particulier    Année de
naissance        Enfants
nombre    dont
enfants    Enfants
isolé ou    Enfants
marié    Personnes
recueillies    NOMBRE
DE PARTS 1,0

REMARQUE IMPORTANTE

Les électeurs des communes de plus de 5 000 habitants doivent présenter, au moment du vote, un titre d'identité

| | |
|---|---|
| SCRUTIN N° 1 | SCRUTIN N° 2 |
| SCRUTIN N° 3 | SCRUTIN N° 4 |
| SCRUTIN N° 5 | SCRUTIN N° 6 |
| SCRUTIN N° 7 | SCRUTIN N° 8 |
| SCRUTIN N° 9 | SCRUTIN N° 10 |
| SCRUTIN N° 11 | SCRUTIN N° 12 |

La présente carte, remplace la carte précédemment délivrée qui devra être détruite. Elle devra être conservée par l'électeur jusqu'à réception d'une nouvelle carte.

MINISTÈRE DE L'INTÉRIEUR

RÉPUBLIQUE FRANÇAISE
Liberté - Égalité - Fraternité

CARTE ÉLECTORALE

« Voter est un droit, c'est aussi un devoir civique »



MAIRIE DE PARIS  —  12 EME ARRONDISSEMENT

ECOLE ELEMENTAIRE

165 RUE DE BERCY

SAUTIN PATRICK TIMOTHEE

1267

217 RUE DE BERCY
75012 PARIS

13 05 74    13    056    051    051

BERTRAND DELANOE    MAIRIE DE PARIS

LE 01/03/2003    12 EME ARRDT

REMARQUE IMPORTANTE

Les électeurs des communes de plus de 5.000 habitants doivent présenter, au moment du vote, un titre d'identité.

| SCRUTIN N°1 2 1 AVR. 2002 | SCRUTIN N°2 5 MAI 2002 |
|---|---|
| SCRUTIN N°3 | SCRUTIN N°4 |
| SCRUTIN N°5 | SCRUTIN N°6 |
| SCRUTIN N°7 | SCRUTIN N°8 |
| SCRUTIN N°9 | SCRUTIN N°10 |
| SCRUTIN N°11 | SCRUTIN N°12 |

La présente carte :
- remplace la carte précédemment délivrée qui devra être détruite ;
- devra être conservée par l'électeur jusqu'à réception d'une nouvelle carte.

RÉPUBLIQUE FRANÇAISE
Liberté - Égalité - Fraternité

CARTE ÉLECTORALE

« Voter est un droit, c'est aussi un devoir civique »

MINISTÈRE DE L'INTÉRIEUR



Le vote physique est la règle le jour du scrutin.
Tout électeur est autorisé à s'absenter de son poste
de travail pour se rendre au bureau de vote, sans
perte de rémunération.

Le vote par correspondance est cependant
possible dans les conditions énumérées ci-après et
sous réserve de la signature de l'attestation
suivante :

**Attestation de vote par correspondance :**

Je soussigné(e), atteste sur l'honneur être dans
l'une des situations cochée ci-dessous :

☐ Activités professionnelles ne permettant pas
de se rendre au bureau de vote

☐ Travail en dehors des heures d'ouverture du
bureau de vote

☐ Congés

☐ Problème de santé

☐ Lieu de travail à plus de 5 km du bureau de
vote

Signature de l'électeur :

---

RÉPUBLIQUE FRANÇAISE

ÉLECTIONS
AUX
CONSEILS DE PRUD'HOMMES

CARTE
ÉLECTORALE

MINISTÈRE DES AFFAIRES SOCIALES,
DU TRAVAIL ET DE LA SOLIDARITÉ



COLLÈGE :SALARIES   SECTION : COMMERCE                    N° d'électeur : 1254

BUREAU DE VOTE N° :   016                     HEURES D'OUVERTURE : 8H00   A   19H00

ADRESSE : ECOLE ELEMENTAIRE

48 BIS RUE HIPPOLYTE MAINDRON        75014 PARIS

NOM : PRÉNOM(S) : DOMICILE DU DÉCLARER

SAUTIN

PATRICK                            14-016

217   R DE BERCY

75012 PARIS

Date de naissance :        Département et lieu de naissance :

00 05 74        13   MARTIGUES

Cachet du Maire :    Scrutin    Scrutin

B.DELANOE                          ATTESTATION (à signer)

## ESSEC

### CARTE D'ÉTUDIANT
### 1999 - 2000

- Cette carte n'est valide que si elle comporte ses 2 volets qui ne doivent pas être dissociés.
- En cas de perte, le renouvellement de la carte sera facturé 100 francs.

GROUPE ESSEC
ÉTABLISSEMENTS D'ENSEIGNEMENT SUPÉRIEUR PRIVÉS
ASSOCIATION LOI 1901
ACCRÉDITÉ L'AACSB - THE INTERNATIONAL ASSOCIATION
FOR MANAGEMENT EDUCATION
AFFILIÉ A LA CHAMBRE DE COMMERCE ET D'INDUSTRIE
DE VERSAILLES VAL-D'OISE - YVELINES

AVENUE BERNARD HIRSCH - B.P. 105
95021 CERGY-PONTOISE CEDEX FRANCE
TEL. 33 (0) 1 34 43 30 00
FAX 33 (0) 1 34 43 30 01
HTTP://WWW.ESSEC.FR

---

### PROTECTION SOCIALE DES ÉTUDIANTS

#### SÉCURITÉ SOCIALE (Assurance maladie)

Les droits à l'assurance maladie des étudiants sont ouverts du 1er Octobre au 30 Septembre suivant.
Le Centre payeur est indiqué au recto :

soit CENTRE 601 - MNEF
15, rue Salvador Allende
92027 NANTERRE
(et permanence à l'Université de CERGY).

soit CENTRE 617 - SMEREP
6 bis, rue Berout (courrier uniquement)
75675 PARIS CEDEX 14
54, Bd St-Michel 75006 PARIS
(accueils et permanences Pôle Universitaire St Martin,
Cergy-Pontoise et Université de CERGY).

#### MUTUELLE (protection complémentaire)

L'adhésion mutualiste est déterminée selon l'option choisie indiquée au recto.

---

### PROTECTION SOCIALE DES ÉTUDIANTS

#### SÉCURITÉ SOCIALE (Assurance maladie)

La présente attestation permet le remboursement des frais médicaux du 1er Octobre au 30 Septembre suivant.

Le service des prestations est assuré par une section locale universitaire gérée par une mutuelle d'étudiants qui est aussi centre payeur d'assurance maladie :

Envoyez cette attestation (volet détachable) avec votre première demande de remboursement au centre que vous avez choisi (voir au recto).

soit CENTRE 601 - MNEF
15, rue Salvador Allende
92027 NANTERRE

soit CENTRE 617 - SMEREP
6 bis, rue Berout (courrier uniquement)
75675 PARIS CEDEX 14

#### MUTUELLE (protection complémentaire)

L'adhésion mutualiste vous offre le complément du remboursement indiqué ci-dessus, selon l'option que vous avez choisie (voir au recto).

Année Universitaire 1999-2000

ESSEC

4e Année    N° Inscription

E97657

Le chef d'établissement



Nom
SAUTIN
Prénoms
PATRICK
Né(e) le    à
13/05/1974    MARTIGUES
Adresse
15  RUE DES TOURNELLES
75004 PARIS

---

PROTECTION SOCIALE DES ÉTUDIANTS
(voir au verso)

1999 - 2000

Assurance maladie
à compter du    1/10/1999
Centre payeur    601
Mutuelle    NON ADHERENT

Signature de l'étudiant

---

ESSEC
Attestation d'Affiliation au Régime
de Sécurité Sociale
des ÉTUDIANTS
(droit à l'assurance maladie)
Année Universitaire 1999-2000

N° d'immatriculation
1740512056048 48

Nom
SAUTIN
Prénoms
PATRICK
Né(e) le    à
13/05/1974    MARTIGUES
Nationalité
FRANCAISE
Cotisation payée le    1/10/1999
Date d'effet    1/10/1999
Centre payeur    601
Mutuelle    NON ADHERENT

L'étudiant désigné ci-dessus peut bénéficier des
prestations d'assurance maladie auprès de sa
section locale universitaire (voir au verso)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| FALKEN INDUSTRIES, LTD. AND ROY JANIS, <br><br>          **Plaintiffs,** <br><br>     **v.** <br><br> **CHRISTIAN JOHANSEN AND PATRICK SAUTIN,** <br><br>          **Defendants.** | Civil Action No. 04-12479 MEL |

### DECLARATION OF MARY L. GIORGIO, ESQ.

I, Mary L. Giorgio, do hereby declare as follows:

1.      I am an attorney at the firm of Kopelman and Paige, P.C., Park Square Building, 31 St. James Avenue, 7th Floor, Boston, Massachusetts 02116. I am admitted to practice law in the Commonwealth of Massachusetts and in this Court. I am also Patrick Sautin's aunt. I am over the age of twenty-one and I am competent to give the testimony contained in this declaration.

2.      My husband, John W. Giorgio, Esq. (who is also an attorney at Kopelman and Paige and also admitted in this Court), and I have lived at 13 Joseph Reed Lane, Acton, Massachusetts 01720 since November, 1982.

3.      Patrick has never resided at our home. Moreover, to the best of my knowledge, Patrick has never resided in Massachusetts.

4.    Patrick has never received mail at our residence, including mail from Nickel Ltd. or Falken Industries Ltd.  Moreover, to the best of my knowledge, Patrick has never received telephone calls at our home.

Under the laws of perjury of the United States of America, I do hereby declare that the foregoing is true and correct.

Dated this _28_ day of December, 2004.

_Mary L. Giorgio_
Mary L. Giorgio

Sworn and subscribed before me this _28_ day of December, 2004.

_[signature]_
Notary Public

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| **FALKEN INDUSTRIES, LTD. AND ROY JANIS,** | **Civil Action No. 04-12479 MEL** |
|        **Plaintiffs,** | |
|   **v.** | |
| **CHRISTIAN JOHANSEN AND PATRICK SAUTIN,** | |
|        **Defendants.** | |

## DECLARATION OF UNNI FREDHEIM

I, Unni Fredheim, do hereby declare as follows:

1.      I am over the age of twenty-one and I am competent to give the testimony contained in this declaration.

2.      I attended the University of Oslo, Faculty of Law from 1992 and graduated in January 1999. I received an LL.M. degree from Boston University in 2003.  I passed the New York bar exam in 2004 (although I have not yet been sworn in).

3.      I was hired as a jurist at Falken Industries Ltd. in October 2003 by Emile E. Gouiran and Helle Madso who told me they were the number one and number two executives of the company, and hence running the company.

4.      I resigned from Falken Industries Ltd in June 2004 because of what I felt were questionable and possibly unethical business practices.

5.      In 2004, after Patrick Sautin and Christian Johansen left Falken and initiated their lawsuit in the Prud'hommes, Emile Gouiran approached me and asked me if I had any friends or contacts in the United States who would be willing to serve as a named plaintiff in a lawsuit

against Mr. Sautin and Mr. Johansen. I inquired as to the basis for such a lawsuit. Mr. Gouiran conceded to me that Falken probably did not have legitimate claims against Mr. Sautin and Mr. Johansen, but that he wanted someone to commence suit in the United States against them. He stated that it would be difficult and expensive for Mr. Sautin and Mr. Johansen to defend a lawsuit in the United States. Mr. Gouiran stated that he hoped commencing a lawsuit against Mr. Sautin and Mr. Johansen in the United States would force them to abandon their litigation against Falken in the Prud'hommes. Mr. Gouiran indicated that he would prefer that the proposed American plaintiff be a shareholder of Falken, but if we found a person willing to commence the litigation in the United States who did not happen to be a shareholder, Falken would give them shares to make them a shareholder and thus a plaintiff with standing. I objected to this proposal.

6.      As Emile Gouiran's legal assistant and also assisting Gouiran and Madso in new business development, I would have been aware of any activities by Falken or Mr. Sautin or Mr. Johansen to expand into Massachusetts.

7.      To my knowledge, neither Mr. Sautin nor Mr. Johansen had any contacts with Massachusetts entities during their employment at Falken.

8.      Falken was not dealing with American entities in late 2003, early 2004. Virtually all of Falken's business was conducted with European suppliers and customers.

9.      To my knowledge, neither Mr. Sautin nor Mr. Johansen was charged with responsibility for establishing a supply network or regional office in Massachusetts.

10.     To my knowledge, neither Mr. Sautin nor Mr. Johansen had "significant or continuous contacts" with Massachusetts real estate brokers, law firms or landlords.

11.    To my knowledge, neither Mr. Sautin nor Mr. Johansen solicited any Massachusetts companies to sell the Clean Plus line of products on behalf of Falken.

12.    Intra-company discussions regarding expanding into Massachusetts occurred much later in 2004, after Mr. Sautin and Mr. Johansen had left Falken, and primarily took place between Mr. Gouiran and Ms. Helle Madso.

13.    To my knowledge, neither Mr. Sautin nor Mr. Johansen had anything to do with Mr. Janis's decision to invest in Falken (if he ever did invest in Falken). Mr. Gouiran and Ms. Madso were the only Falken representatives with the authority to solicit investors.

14.    To my knowledge, neither Mr. Sautin nor Mr. Johansen absconded with trade secrets, customer lists or proprietary business information.

15.    To my knowledge, neither Mr. Sautin nor Mr. Johansen destroyed electronic business records of Falken or otherwise damaged Falken's computer system.

16.    To my knowledge, neither Mr. Sautin nor Mr. Johansen destroyed records of their day-to-day business responsibilities or activities.

Under the laws of perjury of the United States of America, I do hereby declare that the foregoing is true and correct.


Dated this 5th day of January, 2005.


Unni Fredheim

LEXSEE 1994 U.S. DIST. LEXIS 13168

**JOSE LUIS BOURNIGAL MENA, ANA JULIA LOPEZ HERNANDEZ and their Conjugal Partnership, Plaintiffs v. JOSE A. PEREZ AMADOR, MARIA ESTELA REYES MEREJO and their Conjugal Partnership; ANTONIO RODRIGUEZ GARCIA, JOAN DOE and their Conjugal Partnership; FRANCISCO JOSE PEREZ AMADOR, JULIE DOE and their Conjugal Partnership; ALBERTO SANCHEZ MARRERO, JEAN DOE and their Conjugal Partnership; MARINE INDUSTRIAL SERVICES, INC.; HARBOR LIFT SERVICE, INC.; PRECISION MARINE SERVICES CORP., Defendants.**

**CIVIL NO. 92-2677 (HL)**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

**1994 U.S. Dist. LEXIS 13168**

**August 24, 1994, Decided**

**JUDGES:** [*1] CASTELLANOS

**OPINIONBY:** J. ANTONIO CASTELLANOS

**OPINION:**

REPORT AND RECOMMENDATION

The action filed by plaintiff Bournigal Mena, a naturalized United States citizen, who resides at the present time in the Dominican Republic, is subject of defendants' motion to dismiss for lack of complete diversity of citizenship between plaintiffs and defendants as required by 28 U.S.C. § 1332. The issue of citizenship was referred to this magistrate and the hearing was held on July 22, 1994. The parties post-hearing briefs were thereafter submitted.

Defendants' motion to dismiss for lack of jurisdiction appeared dated February 11, 1994, and is predicated under Section 1332(a) n1 of Title 28, regarding diversity of citizenship, insofar as citizens of the United States who are domiciled abroad, which are not to be considered citizens of a state.

n1

> "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $50,000.00, exclusive of interest and cost, and is between
> (1) citizens of different States; . . ."

[*2]

However, plaintiff's opposition is sustained by Section 1332(a)(2) n2 and the jurisdiction invoked by aliens, who notwithstanding having dual citizenship, their dominant nationality warrants to be considered "a citizen or subject of a foreign state". Although the United States discourages dual citizenship, it has recognized such status out of respect for the laws of other nations and caselaw has developed the test of dominant nationality to establish diversity. Kawakita v. United States, 343 U.S. 717, 96 L. Ed. 1249, 72 S. Ct. 950 (1952); Nazareth Candy Co. v. Sherwood Group, Inc., 683 F. Supp. 539 (S.D. Fla. 1988).

n2

> "(a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $50,000.00, exclusive of interest and costs, and is between —
> (1) . . .
> (2) citizens of a State and citizens or subjects of a foreign state;"

Plaintiff Bournigal-Mena [*3] testified at the evidentiary hearing that he was born in the Dominican Republic and came to study to Puerto Rico in 1965. He has been married to a United States citizen, coplaintiff Ana Julia Lopez-Hernandez, for some 24 years and became a naturalized United States citizen thereafter, around 1970. At the present time, and at the time the complaint was filed, he resides with his wife at Monte Cristi, Dominican Republic, in which coun-





try he owns real estate property, including the land and house where they both reside. He presented the deed of the property and the title certificate of the plot of land. Exhibit 1. Photocopies of his bank statements from the Dominican Republic and of the checks issued by him in said bank account were produced. Exhibits 2 and 3. Plaintiff is employed since the beginning of 1992 at the Monte Cristena de Prestamos and he pays income tax on his salary through payroll withholdings. Exhibit 5. As Administrative President of said Company, he is authorized to sign documents and submitted a series of documents evidencing such faculty. Exhibit 6.

Plaintiff resided in the Commonwealth of Puerto Rico since 1978, until he moved back to his country of origin in January [*4] 1992. He is considered a citizen of the Dominican Republic since said country allows dual citizenship and he holds a Dominican passport and his electoral card, having voted in the 1994 general elections recently held in the Dominican Republic in May 1994. Exhibits 7 and 8. He is allowed to drive in said country with the driver's license issued by the Commonwealth of Puerto Rico, which is due to expire on August 1994. Exhibit 9. He still holds a United States passport, which he sometimes utilizes when entering United States territory. Exhibit 10.

When plaintiff moved to the Dominican Republic one of his children, who was still attending high school, remained in Puerto Rico with his grandmother. Both plaintiffs would travel back to Puerto Rico to supervise the children and his wife would stay for days, weeks or months in the town of Humacao. Now his child is to begin college studies in the Universidad Catolica Madre y Maestra at Santiago de los Caballeros in the Dominican Republic, and is allowed to enter and leave the country with a tourist card. Insofar as Puerto Rico, plaintiff testified that he holds no real estate property nor bank accounts nor is registered to vote. There is still [*5] a motor vehicle under his name that is used by his daughter. His credit card statements are received at the daughter's residence in Puerto Rico, who is a joint cardholder.

His wife, a U.S. born citizen, is allowed to stay in the Dominican Republic if she maintains a tourist card, which imposes a fee of DR$ 20.00 when one exceeds 90 days in the country, but otherwise may be used indefinitely, provided one does not attempt to work in said country.

Plaintiff also testified that his intention is to remain being domiciled and a resident of the Dominican Republic where he has all his belongings, where he expects to spend his last days and to become his burial ground.

Domicile is established where a person is physically present and intends to make that place his home for the time. Restatement (Second) of Conflict of Laws ss 15, 16, 18 (1971).

The test for determining whether a person is a foreign citizen is whether the country in which citizenship is claimed would so recognize him. Above plaintiff has established he reside, votes and is employed as a national of the Dominican Republic. He holds a valid passport from said country and avails himself of the United States passport for convenience [*6] purposes when he travels with his family to avoid a delay in Immigration procedures. Von Dunser v. Aronoff, 915 F.2d 1071 (6th Cir. 1990). See Sadat v. Mertes, 615 F.2d 1176 (7th Cir. 1980). Having established by credible evidence the above admissible facts for this magistrate to consider as dominant nationality for diversity purposes plaintiff's foreign citizenship, plaintiff has thus established alienage jurisdiction under 28 U.S.C. § 1332(a)(2). n3 See 13 C. Wright, A. Miller & E. Cooper, Federal Practice and Procedure, § 3621. See also Mutuelles Unies v. Kroll & Linstrom, 957 F.2d 707 (9th Cir. 1992).

> n3 An alien's right to sue a citizen of the United States in federal court arises from the explicit language of Article III, which was created as a subcategory of diversity jurisdiction. The amendment of Congress to permanent resident aliens insofar as alienage jurisdiction is as recent as November 1988, but left untouched § 1362(a)(2) discussed above.

[*7]

Thus, it is recommended that defendants' motion to dismiss BE DENIED.

IT IS SO RECOMMENDED.

The parties have ten (10) days to file any objections to this report and recommendation. Failure to file the same within the specified time waives the right to appeal this order. United States v. Valencia, 792 F.2d 4 (1st Cir. 1990).

IT IS SO ORDERED.

San Juan, Puerto Rico, August 24, 1994.

J. ANTONIO CASTELLANOS

United States Magistrate Judge

