(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. ESCV 04-1877-A

Falken Industries, Ltd. and Roy Janis

........................................................................................................, Plaintiff(s)

v.

Christian Johansen

........................................................................................................, Defendant(s)

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve upon ____Carlo Cellai, Esq._____ ,

plaintiff's attorney, whose address is __76 Canal St., Suite 402, Boston, MA 02114__ , an answer to the

complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the

day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the

complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at

36 Federal Street, Salem, MA 01970

_____ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V. DelVECCHIO, Esquire, at Salem, the

day of _____, in the year of our Lord two thousand

*Thomas H. Driscoll Jr.*

*Clerk*

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20____ , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. 4 (d) (1-5):

_____

_____

_____

Dated: _____, 20____ .     _____

N.B.  TO PROCESS SERVER:-
      PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN
      THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

|  |
|---|
| , 20    . |

COMMONWEALTH OF
MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No.

Plaintiff(s)

v.

Defendant(s)

SUMMONS
(Mass. R. Civ. P. 4)

Case Name: Falken Industries v. Johansen
Defendant: Christian Johansen
Court Case No.: ESCV 04-1877-A

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) **that the document has been served***
1. *que la demande a été exécutée*
     - the (date)   DEC 2ND 2004
     - *le (date)*
     - at (place, street, number)   OFFICE OF HOVEDSTEVNE UTGIRT I MOSS
     - *à (localité, rue numéro)*   PRINSENS AUGUSTAPL 7, MOSS

     - in one of the following methods authorised by article 5-
     - *dans une des formes suivantes prévues à l'article 5:*
       [ ] (a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~*,
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) ~~in accordance with the following particular method~~*:
          b) *selon la forme particulière suivante:* _____

       [☒] (c) **by delivery to the addressee, who accepted it voluntarily.***
          c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)
     - *(identité et qualité de la personne)*   CHRISTIAN JOHANSEN IN PERSON

     - relationship to the addressee (family, business or other):
     - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) **that the document has not been served, by reason of the following facts***:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Documents to be Served, Complaint and Demand for Jury Trial, Summons, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at  MOSS     , the  DEC 7th 2004
*Fait à*          , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

2

  \* Delete if inappropriate.
     *Rayer les mentions inutiles.*

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Massachusetts

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Blaise Tumanjong**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: BTumanjong@CivilActionGroup.com** | **ROYAL MINISTRY OF JUSTICE AND POLICE**<br>**Boks 8005**<br>**Oslo 1**<br><br>**Norway** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)*    Christian Johansen
        Mor Aafesvei 29, Moss, Norway
        Tel:

[  ] **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\***
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[X] **(b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:** *By personally delivering the documents ONLY into the hands of Christian*
*Johansen.  If you are unable to effect service by this method, please proceed with service in accordance with sub-paragraph (a) above.*
    *b)    selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*
[  ] **(c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*.**
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes\* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Complaint and Demand for Jury Trial
Summons
Translations
Summary of the Documents to be Served
_____
_____
_____
_____
_____

**Done at**                                   , the
*Fait à*  Minneapolis, Minnesota, U.S.A.        *le*

                                                APS INTERNATIONAL
                                                APS International Plaza
                                                7800 Glenroy Road
**Signature and/or stamp.**                     Minneapolis, MN 55439
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                       (Est. 11/22/77)

\* Delete if inappropriate.
*. Rayer les mentions inutiles.*