# CELLAI & DeNAUW, LLP

CARLO CELLAI, ESQ.*
FRANK G. DeNAUW, ESQ.

JAMES FURBUSH, ESQ.
LAUREN JACOBY, ESQ.

ATTORNEYS AND COUNSELORS AT LAW

76 CANAL STREET, SUITE 402
BOSTON, MASSACHUSETTS 02114

MARK RIBEIRO
MEAGHAN QUEALLY
LAUREN PERRY
LISAMARIE STONE
STEPHEN C. THOMPSON

TELEPHONE:    (617) 367-2199
FACSIMILE:    (617) 367-2075

*ALSO ADMITTED IN NEW YORK

Friday, January 07, 2005

**Via: First Class Mail**

Cathy, Deputy Clerk
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Boston 02210

Re:    **Falken Industries and Roy Janis v. Patrick Sautin and Christian Johansen**
       **Docket No. 04-12479 MEL**

Dear Sir or Madam:

  Enclosed please find an original Essex Superior Court Summons with the original Return of Service for the Defendant, Patrick Sautin. Please note that we are filing the Essex Superior Court Summons in the Federal District Court due to the circumstances of this above referenced matter. The circumstances are such that this case was originally filed in the Essex Superior Court and the Defendants removed it to the United States District Court for the District of Massachusetts while our office was in the midst of serving the defendants in accordance with the Hague Convention. The Defendants reside in France and Norway respectively.

  I wanted to note to you that the Plaintiffs, our clients, have a Request to Remand back to the Superior Court currently pending. Therefore, in accordance with my conversation with the Deputy Clerk, Cathy, on December 29th, 2004, I am filing the Essex Superior Summons with Return of Service with the United States District Court. If there are any questions or necessary clarifications, please contact our office.

  Thank you for your assistance in this manner.

Very truly yours,

**Cellai & DeNauw, LLP**

By: _Lauren Perry_

Lauren Perry

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* -  TORT  -  MOTOR VEHICLE TORT  -  CONTRACT  -  EQUITABLE RELIEF  -  OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. ESCV 04-1877-A

Falken Industries, Ltd. and Roy Janis .................., Plaintiff(s)

*v.*

Patrick Sautin

................................................................................................ , Defendant(s)

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve upon ____ Carlo Cellai, Esq. _____ ,
                            76 Canal Street, Suite 402, Boston,MA 02114
plaintiff's attorney, whose address is_____ , an answer to the

complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the

day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the

complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at
36 Federal St., Salem, MA 01970
——————————————————— either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may
have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's
claim or you will thereafter be barred from making such claim in any other action.

WITNESS, SUZANNE V DelVECCHIO, Esquire, at Salem, the
day of                              , in the year of our Lord two thousand

*Thomas H. Driscoll Jr.*

Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each
   defendant, each should be addressed to the particular defendant.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Massachusetts

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Blaise Tumanjong**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776        Fax: 952.831.8150**<br>**Email: BTumanjong@CivilActionGroup.com** | **MINISTERE DE LA JUSTICE**<br>**(Bureau de l'Entraide judiciare intl)**<br>**Paris Cedex 01**<br><br>**75042**<br>**France** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en le priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)    Patrick Sautin
_____107 Cours de Vincennes,  Paris, France_____
Tel:_____

| |(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

|X| (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):En remettant les documents à un huissier, qui se chargera de les signifier à Patrick Sautin.  Le Défendeur ne doit pas avoir l'option de refuser la signification.  Un chèque d'un montant de 271.60 francs pour couvrir les honoraires de l'huissier est inclus.*

| |(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Complaint and Demand for Jury Trial | **Done at** |
| Summons | *Fait à*  Minneapolis, Minnesota, U.S.A. |
| Translations | |
| Summary of the Documents to be Served | |

the X_____

, the X_____
le _____

APS INTERNATIONAL
APS International
7800 Glen...
Min...

**Signature and/or stamp.**
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles.*

Case Name: Falken Industries, Ltd. v. Sautin
Defendant: Patrick Sautin
Court Case No.: ESCV 04-1877-A

**CERTIFICATE**
*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)    that the document has been served\***
*1.    que la demande a été exécutée*
    **- the (date)**
    *- le (date)* _____
    **- at (place, street, number)**
    *- à (localité, rue numéro)* _____
_____

    **- in one of the following methods authorised by article 5-**
    *- dans une des formes suivantes prévues à l'article 5:*
        [ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
        *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] **(b) in accordance with the following particular method\*:**
        *b)    selon la forme particulière suivante:* _____
_____
        [ ] **(c) by delivery to the addressee, who accepted it voluntarily.\***
        *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
    **- (identity and description of person)**
    *- (identité et qualité de la personne)* _____
_____

    **- relationship to the addressee (family, business or other):**
    *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
_____

**2)    that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Documents to be Served,  Complaint and Demand for Jury Trial, Summons, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

|  | |
|---|---|
| | **Done at** _____ **, the** |
| | *Fait à* _____ *, le* _____ |
| | |
| | **Signature and/or stamp.** |
| | *Signature et/ou cachet.* |

**\***    Delete if inappropriate.
    *Rayer les mentions inutiles.*

**2**

## SUMMARY OF THE DOCUMENT TO BE SERVED
### *ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:*_____ Blaise Tumanjong_____
APS INTERNATIONAL, LTD
APS International Plaza, 7800 Glenroy Road, Minneapolis, Minnesota 55439-3122, U.S.A.

Particulars of the parties*:
*Identité des parties_____* Falken Industries, Ltd. v. Sautin

LIST OF DOCUMENTS: Summary of the Documents to be Served,  Complaint and Demand for Jury Trial, Summons, Translations

### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*      The purpose of this document is to inform **Patrick Sautin,**
that a lawsuit has been started against them and that they have been joined as a defendant.
Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige:* Plaintiff's claim against the defendant is for damages and other relief in an
amount to be determined as a result of the defendant's breach of fiduciary duty, breach of contract, breach of implied covenant of good
faith and fair dealing, fraudulent misrepresentation, malicious prosecution, conspiracy to commit fraud and civil conspiracy.
Date and place for entering appearance**:
*Date et lieu de la comparution:* Defendant is required to serve upon Plaintiff's Attorney, Carlo Cellai, Esq. 76 Canal Street, Suite 402,
Boston, MA 02114 an answer to the attached documents within 20 days after service of the attached documents exclusive of the day
of service. Defendant is also required to file and answer to the attached documents with the Clerk of Court at 36 Federal St., Salem,
MA 01970, either before service upon the Plaintiff's Attorney or within a reasonable time thereafter.
Court which has given judgment**:
*Juridiction qui a rendu la décision:*    N/A

Date of judgment**:
*Date de la décision:*_____ N/A
Time limits stated in the document**:
*Indication des délias figurant dans l'acte:* Defendant is required to serve upon Plaintiff's Attorney an answer to the attached documents within
20 days after service of the attached documents exclusive of the day of service. Defendant is also required to file and answer to the
attached documents with the Clerk of Court at, either before service upon the Plaintiff's Attorney or within a reasonable time
thereafter.
Failure to do so may result in the plaintiff(s) taking a default judgment against the defendant for the relief demanded in the
Complaint and Demand for Jury Trial.

### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:*    N/A

Time limits stated in the document**:
*Indication des délias figurant dans l'acte*____ N/A

---

\*    If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\*   Delete if inappropriate.
*Rayer les mentions inutiles.*

3