

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:** Clerk of the

Essex Superior Court

34 Federal Street

Salem, Mass. 01970

**RE:**

CIVIL ACTION #. 04-cv-12479

CRIMINAL #.

Falken Industries Ltd.,et al     V.

Christian Johansen,et al

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ March 7, 2005 by the Honorable Morris E. Lasker, SDJ.

The following documents are included in our file and transmitted herewith:

(✓) Certified copy of the docket entries;

(✓) Certified copy of the transferral order;

(✓) Original documents numbered 1-22

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

Sarah A. Thornton
CLERK OF COURT

Date: 03/15/05

By: _George Hawrot_
Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number:_____.

By:_____
Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)